**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____   Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Robert Allen Auto Group, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Robert Allen Mitsubishi**<br>**FDBA  Robert Allen Auto**<br>**FDBA  Robert Allen Buick**<br>**FDBA  Robert Allen Kia**<br>**FDBA  Robert Allen Mercedes-Benz**<br>**FDBA  Robert Allen Nissan**<br>**FDBA  Robert Allen Nissan of Helena, Inc.**<br>**FDBA  Allen Family Holdings, L.L.C.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3818689** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**300 North 5th Ave.**<br>**Pocatello, ID 83201**<br>Number, Street, City, State & ZIP Code<br><br>**Bannock**<br>County | **Mailing address, if different from principal place of business**<br><br>**9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**300 North 5th Ave. and**<br>**345 North 5th Ave. Pocatello, ID 83201**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Robert Allen Auto Group, Inc.**                                                    Case number (*if known*) _____
         Name

---

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
4411

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____    When _____    Case number, if known _____

---

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number *(if known)* _____
          Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

�[■] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐[■] No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
          Contact name   _____
          Phone          _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

☐[■] Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000       ☐ 50,001-100,000
☐[■] 100-199    ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000          ☐[■] $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000          ☐[■] $1,000,001 - $10 million    ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Robert Allen Auto Group, Inc.**    Case number (*if known*) _____

Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2020**
MM / DD / YYYY

**X** **/s/ Robert Allen** _____          **Robert Allen** _____
Signature of authorized representative of debtor          Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Steven L. Taggart** _____    Date **March  2, 2020**
Signature of attorney for debtor                MM / DD / YYYY

**Steven L. Taggart 8551**
Printed name

**Maynes Taggart PLLC**
Firm name

**PO Box 3005**
**Idaho Falls, ID 83403-3005**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**8551 ID**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Robert Allen Auto Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/02/2020__        X **/s/ Robert Allen**
Signature of individual signing on behalf of debtor

**Robert Allen**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Robert Allen Auto Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF IDAHO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express c/o Tiffany Maldonado, Esq. 1551 S. Wash. Ave. Ste 404 Piscataway, NJ 08854** | | **Credit Cards** | | | | **$59,388.18** |
| **Angela Allen 9075 Stoney Creek Rd. Pocatello, ID 83201** | | **Personal Loan** | | | | **$71,000.00** |
| **Balboa Capital Corporation 575 Anton Blvd. 12th Floor Costa Mesa, CA 92626** | | **Lease of Equipment** | **Unliquidated Disputed** | | | **$751,935.04** |
| **BFS Capital 3301 N. University Dr. Suite 300 Coral Springs, FL 33065** | | **Loan** | | | | **$134,057.00** |
| **Caine & Weiner 2000 Warrington Way, Ste 150 Louisville, KY 40222** | | **Copiers (abandoned)** | | | | **$22,750.62** |
| **CenturyLink PO Box 91155 Seattle, WA 98111** | | **Phone Service** | | | | **$19,449.98** |
| **Citi Bank PO Box 78045 Phoenix, AZ 85062** | | **Credit Card** | | | | **$42,901.53** |
| **Dani McDonald 1502 Boston Rd. Helena, MT 59602** | | **Unpaid wages** | | | | **$10,000.00** |

Debtor   **Robert Allen Auto Group, Inc.**                                    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dealer-FX Group Inc.** **80 Tiverton Court, Ste. 500** **Markham ON L3R 0G4, Canada** | | **Services** | | | | **$12,570.00** |
| **First Bankcard** **PO Box 2457** **Omaha, NE 68103-2457** | | **Credit Card** | | | | **$19,787.96** |
| **Great America Financial Serv** **625 First Street SE Ste. 800** **Cedar Rapids, IA 52401** | | **2 Sharp Copiers @ $1,500 each** | | **$15,068.20** | **$3,000.00** | **$12,068.20** |
| **Kenneth Edick** **3439 Blue Heron St. Helena, MT 59602** | | **Unpaid Wages** | | | | **$10,000.00** |
| **Mitsubishi Motors North Am.** **6450 Katella Ave. Cypress, CA 90630** | | **New Dealer Launch Support monies** | **Unliquidated Disputed** | | | **$30,000.00** |
| **Robert Allard** **307 S. Billings Blvd. #64** **Billings, MT 59101** | | **Daughter Melissa Murphy purchased a car. Salesman from RAN asked that he co-sign and he declined to do so and yet his name is on the loan with Santan** | **Contingent Unliquidated Disputed** | | | **$24,069.97** |
| **Robert T. Allen** **9075 Stoney Creek Rd.** **Pocatello, ID 83204** | | **Personal Loan** | | | | **$391,765.04** |
| **Susan K. Edick** **3439 Blue Heron St. Helena, MT 59602** | | **Unpaid Wages** | | | | **$15,000.00** |
| **Tyler Allen** **316 W. 200 S. Apt. 402** **Salt Lake City, UT 84101** | | **Unpaid wages.** | | | | **$16,000.00** |
| **US Bank Equipment Finance** **1310 Madrid Street** **Marshall, MN 56258** | | **Equipment** | | | | **$65,768.59** |
| **Valley Bank** **3030 Montana Ave. Helena, MT 59601** | | **Operating Line of Credit** | | | | **$134,356.70** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor  **Robert Allen Auto Group, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VinSolutions 3400 New Hyde Park Rd. New Hyde Park, NY 11042-1226** | | **Services** | | | | **$10,112.96** |

**Fill in this information to identify the case:**

Debtor name **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................................    $    **4,300,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................................    $    **12,279.03**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................................    $    **4,312,279.03**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **87,231.17**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **51,000.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **1,959,696.72**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

$    **2,097,927.89**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **6,000.00**    -    **3,000.00**    = ....    **$3,000.00**

face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$3,000.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Robert Allen Auto Group, Inc.**                    Case number *(If known)* _____
_____Name_____

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** A23673 Scotts Lock and Key Safe | $1,144.80 | | $1,144.80 |
| **Office Furniture** | $0.00 | Liquidation | $1,500.00 |
| **1 Time 2 Speed File, Times 2** | $0.00 | Expert | $800.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 2 Sharp Copiers @ $1,500 each | $0.00 | | $3,000.00 |
| **Fl Router** | $0.00 | Liquidation | $200.00 |
| **VOIP Phones** | $589.23 | | $589.23 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                            | $7,234.03 |
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor **Robert Allen Auto Group, Inc.**                    Case number *(If known)* _____
　　　　Name

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **Lift Table** | $0.00 | Liquidation | $500.00 |
| **Chargers for PHEV** | $0.00 | Liquidation | $100.00 |
| **Pop Machine Cabinets** | $1,045.00 | | $1,045.00 |
| **Bosch Auto. Svc Lockers** | $0.00 | Liquidation | $400.00 |

51.  **Total of Part 8.**                                                  | $2,045.00 |
　　　Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
　　　☐ No
　　　■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **Robert Allen Auto Group, Inc.**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 55.1.  **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site. Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16 Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2 Parcel 3 - RUPOC183500 Block 293, Lots 2 and 3 Parcel 4 - RUPOC183600 Block 293, Lots 4 and 5 Parcel 5 - RUPOC183700 Block 293 Lots 6 thru 10 Parcel 6 - RPPOC184300 Block 294, Lots 1 thru 7 Parcel 7 - RPPOC183800 Block 293, Lots 11 and 12 Parcel 8 - RPPOC 174700 Block 269, Lots 165 and South 1/2 of 17 Parcel 9 - RPPOC175200 Block 270, Lots 7 and 8 Parcel 10 - RPPOC175302 Block 270, West 70' of Lots 9 and 10 Parcel 11 - RUPOC173800 Block 270, Lots 1 and 2** | Fee simple | $0.00     Appraisal | $4,300,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $4,300,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

Debtor      **Robert Allen Auto Group, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Claim against Nissan Mitsubishi Acceptance Corporation for breach of contact, for intentional interference with economic relations and failure to mitigate on repossessions.**

**Amount to be requested is unknown at this time.  Mr. Allen may also have a personal claim.**

| Nature of claim | **Setoff of NMAC claims** |
|---|---|
| Amount requested | Unknown |

**Unknown**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Robert Allen Auto Group, Inc.**

Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,234.03 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,045.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $4,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,279.03 | + 91b. $4,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,312,279.03 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bannock County Treasurer**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.**<br>**Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16**<br>**Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2**<br>**Parcel 3 - RUPOC1835** | $1,415.83 | $4,300,000.00 |
| **624 E. Center St., Rm. 203**<br>**Pocatello, ID 83201**<br>Creditor's mailing address | Describe the lien | | |
| | Is the creditor an insider or related party? | | |
| Creditor's email address, if known | ☑ No<br>☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred**<br>**2019 and 2018** | ☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**800A** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor    **Robert Allen Auto Group, Inc.**
_____
Name

Case number (if known) _____

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Nissan Motor Accept. Corp.**
**2. Bannock County Treasurer**
**3. Bannock County Treasurer**
**4. Bannock County Treasurer**
**5. Bannock County Treasurer**
**6. Bannock County Treasurer**
**7. Bannock County Treasurer**
**8. Bannock County Treasurer**
**9. Bannock County Treasurer**
**10. Bannock County Treasurer**
**11. Bannock County Treasurer**
**12. Bannock Count**

---

| 2.2 | **Bannock County Treasurer** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.**
**Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16**
**Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2**
**Parcel 3 - RUPOC1835**

$1,102.31          $4,300,000.00

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**
**Last 4 digits of account number**
**700A**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.3 | **Bannock County Treasurer** | **Describe debtor's property that is subject to a lien** | $1,474.70 | $4,300,000.00 |
|---|---|---|---|---|

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| Creditor's Name | **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.** | | |
| | **Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16** | | |
| | **Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2** | | |
| **624 E. Center St., Rm. 203 Pocatello, ID 83201** | **Parcel 3 - RUPOC1835** | | |
| Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**
**Last 4 digits of account number**
**200A**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.4 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $707.87 | $4,300,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.** | | |
| | | **Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16** | | |
| | | **Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2** | | |
| | **624 E. Center St., Rm. 203 Pocatello, ID 83201** | **Parcel 3 - RUPOC1835** | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**
**Last 4 digits of account number**
**302A**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.5 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $21,381.22 | $4,300,000.00 |
|---|---|---|---|---|

---

Debtor **Robert Allen Auto Group, Inc.**      Case number (if known) _____

Name

| Creditor's Name | **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.**<br>**Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16**<br>**Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2**<br>**Parcel 3 - RUPOC1835** |
|---|---|

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2019 & 2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**400A**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.6 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $1,948.06 | $4,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.**
**Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16**
**Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2**
**Parcel 3 - RUPOC1835**

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**2019 & 2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**400A**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.7 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $1,948.06 | $4,300,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
| | Name | | |

**Creditor's Name**

300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.
Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16
Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2
Parcel 3 - RUPOC1835

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**

**Last 4 digits of account number**
**500A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $1,914.74 | $4,300,000.00 |

Creditor's Name

300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.
Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16
Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2
Parcel 3 - RUPOC1835

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**

**Last 4 digits of account number**
**600A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $28,875.43 | $4,300,000.00 |

Debtor **Robert Allen Auto Group, Inc.**                    Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| Creditor's Name | **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.** **Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16** **Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2** **Parcel 3 - RUPOC1835** | | |

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**

**Last 4 digits of account number**
**700A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.1 0 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $2,386.60 | $4,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.**
**Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16**
**Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2**
**Parcel 3 - RUPOC1835**

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**

**Last 4 digits of account number**
**800A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

□ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

□ Contingent

□ Unliquidated

□ Disputed

---

| 2.1 1 | **Bannock County Treasurer** | Describe debtor's property that is subject to a lien | $9,008.15 | $4,300,000.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Robert Allen Auto Group, Inc.** | | Case number (if known) | |
| | Name | | | |

| Creditor's Name | | 300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site. |
| | | **Parcel 1 - RUPOC175400 Block 270, Lots 11-15 & South 6' of Lot 16** |
| | | **Parcel 2 - RUPOC184300 Block 293, Lots 1 and 2** |
| | | **Parcel 3 - RUPOC1835** |

**624 E. Center St., Rm. 203**
**Pocatello, ID 83201**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019 & 2018**

**Last 4 digits of account number**
**300A**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Great America Financial Serv** | Describe debtor's property that is subject to a lien | $15,068.20 | $3,000.00 |
| | Creditor's Name | **2 Sharp Copiers @ $1,500 each** | | |

**625 First Street SE Ste. 800**
**Cedar Rapids, IA 52401**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019**

**Last 4 digits of account number**
**0001**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Nissan Motor Accept. Corp.** | Describe debtor's property that is subject to a lien | Unknown | $4,300,000.00 |
| | Creditor's Name | **300 North 5th Ave., Pocatello - Buildings and property totaling 28,961 square feet on a 2.96 acre site.** | | |
| | | **(SUBJECT TO SETOFF)** | | |

**8900 Freeport Parkway**
**Irving, TX 75063**

Creditor's mailing address

**Describe the lien**
**Commercial Agreement & UCC Filing**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 8

| Debtor | Robert Allen Auto Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1003

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $87,231.17

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Andrew S. Elliott, Esq.<br>One Embarcadero Center,<br>Suite 2600<br>San Francisco, CA 94111 | Line  **2.13** | |
| Great America Financial Serv<br>PO Box 609<br>Cedar Rapids, IA 52406-0609 | Line  **2.12** | |
| Mark A. Ellingsen, Esq.<br>Spokesman Reivew Building<br>608 Northwest Blvd. Ste. 300<br>Coeur D Alene, ID 83814-2146 | Line  **2.13** | |
| Nissan Motor Accept. Corp.<br>PO Box 660360<br>Dallas, TX 75266 | Line  **2.13** | |
| Pioneer Lender Trustee Serv.<br>8151 W. Rifleman St.<br>Boise, ID 83704 | Line  **2.13** | |
| Pioneer TItle Co. of Bannock<br>135 N. Arthur<br>Pocatello, ID 83204 | Line  **2.13** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Dani McDonald<br>1502 Boston Rd.<br>Helena, MT 59602** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,000.00 | $10,000.00 |
| Date or dates debt was incurred<br>**2019** | Basis for the claim:<br>**Unpaid wages** | | |
| Last 4 digits of account number **None**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Idaho State Tax Commission<br>PO Box 36<br>Boise, ID 83722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**NOTICE ONLY** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,000.00** | **$10,000.00** |
|---|---|---|---|---|

**Kenneth Edick**
**3439 Blue Heron St.**
**Helena, MT 59602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**2019** | Basis for the claim:
**Unpaid Wages** |
|---|---|

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** | **$13,650.00** |
|---|---|---|---|---|

**Susan K. Edick**
**3439 Blue Heron St.**
**Helena, MT 59602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**08/2019 - 11/30/2019** | Basis for the claim:
**Unpaid Wages** |
|---|---|

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,000.00** | **$13,650.00** |
|---|---|---|---|---|

**Tyler Allen**
**316 W. 200 S. Apt. 402**
**Salt Lake City, UT 84101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**2019** | Basis for the claim:
**Unpaid wages.** |
|---|---|

Last 4 digits of account number **None**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,729.06** |
|---|---|---|---|

**Advanced Auto Parts**
**PO Box 404875**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Parts**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$657.25** |
|---|---|---|---|

**All Florida Towing**
**1107 Old Dixie Highway**
**West Palm Beach, FL 33403-2007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/16/2019**

**Basis for the claim:  Claim of Lien**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.98** |
|---|---|---|---|

**Alldata Automotive Intell.**
**9650 W. Taron Dr. Ste. 100**
**Elk Grove, CA 95757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Software**

**Last 4 digits of account number  1710**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,388.18** |
|---|---|---|---|

**American Express**
**c/o Tiffany Maldonado, Esq.**
**1551 S. Wash. Ave. Ste 404**
**Piscataway, NJ 08854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Basis for the claim:  Credit Cards**

**Last 4 digits of account**
**number  8081,7282,3650,0878**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,406.26** |
|---|---|---|---|

**American Tire Dist.**
**PO Box 889**
**Huntersville, NC 28070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Tires**

**Last 4 digits of account number  5640**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,378.21** |
|---|---|---|---|

**AmeriPride**
**403 Main Ave. West**
**Twin Falls, ID 83301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Services**

**Last 4 digits of account number  Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$907.00** |
|---|---|---|---|

**AmTrust North America**
**800 Superior Ave. E**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2019**

**Basis for the claim:  Workman's Compensation**

**Last 4 digits of account number  1596**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,931.20 |
|---|---|---|---|

**Andreanna Garzia**
1280 S. Meridian
Blackfoot, ID 83221

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,000.00 |
|---|---|---|---|

**Angela Allen**
9075 Stoney Creek Rd.
Pocatello, ID 83201

Date(s) debt was incurred  **05/2019**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Personal Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,730.79 |
|---|---|---|---|

**AutoZone**
780 Yellowstone
Pocatello, ID 83204

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **5049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $751,935.04 |
|---|---|---|---|

**Balboa Capital Corporation**
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **5853**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lease of Equipment**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,156.13 |
|---|---|---|---|

**Bank of America N.A.**
9000 Southside Blvd.
FL9-600-01-57
Jacksonville, FL 32256

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dealer Reserve Account**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $737.04 |
|---|---|---|---|

**Barr Credit Services**
5151 E. Broadway Blvd.
Suite 800
Tucson, AZ 85711

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **1192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Collections for CARFAX**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.57 |
|---|---|---|---|

**Battery Systems**
12322 Monarch St.
Garden Grove, CA 92841

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$192.97**

**Beaverton Infiniti**
**PO Box 728**
**Beaverton, OR 97075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,057.00**

**BFS Capital**
**3301 N. University Dr.**
**Suite 300**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Loan**

Last 4 digits of account number  **0803**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$490.25**

**Biehl & Biehl**
**325 E. Fullerton Ave.**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Collections for Pilkington North America**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.08**

**Blaize, Inc.**
**704 332nd. NE**
**Great Falls, MT 59404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,750.62**

**Caine & Weiner**
**2000 Warrington Way, Ste 150**
**Louisville, KY 40222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Copiers (abandoned)**

Last 4 digits of account number  **1026**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$646.69**

**Capital One**
**7933 Preston Rd.**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,025.43**

**Card Service Center**
**PO Box 569100**
**Dallas, TX 75356-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0335**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number (if known)
Name

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,761.83 |
|---|---|---|---|

**Carquest Auto**
PO Box 404875
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,878.00 |
|---|---|---|---|

**Cenex Fleet Fueling**
PO Box 64127
Saint Paul, MN 55164-0127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **5037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,449.98 |
|---|---|---|---|

**CenturyLink**
PO Box 91155
Seattle, WA 98111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Phone Service**

Last 4 digits of account number  **079B**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $309.98 |
|---|---|---|---|

**Chemwest**
47313 E. Majestic View
Idaho Falls, ID 83406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,588.59 |
|---|---|---|---|

**CHS, Inc.**
5500 Cenex Drive
Inver Grove Heights, MN 55077-1721

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **8503**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,901.53 |
|---|---|---|---|

**Citi Bank**
PO Box 78045
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **8541**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.65 |
|---|---|---|---|

**Corelogic Credco LLC**
PO Box 847070
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
| --- | --- | --- | --- |

**Corporate Fleet Auto Express**
PO Box 174
Springdale, WA 99173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01/23/2019**

**Basis for the claim:  Transportation**

Last 4 digits of account number  **4639**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$465.00** |
| --- | --- | --- | --- |

**Cottonwood Motors, Inc.**
50 E. Central Ave.
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/2019**

**Basis for the claim:  Transportation/Parts**

Last 4 digits of account number  **5683,7873**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$562.55** |
| --- | --- | --- | --- |

**Cuna Mutual Group**
PO Box 391
Madison, WI 53701-0391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  _**

Last 4 digits of account number  **0640**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$117.73** |
| --- | --- | --- | --- |

**Dash Designs**
615 W. Knox Rd.
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Services**

Last 4 digits of account number  **6861**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,570.00** |
| --- | --- | --- | --- |

**Dealer-FX Group Inc.**
80 Tiverton Court, Ste. 500
Markham ON L3R 0G4, Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

**Basis for the claim:  Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,312.00** |
| --- | --- | --- | --- |

**Dealersocket**
PO Box 843876
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,236.25** |
| --- | --- | --- | --- |

**Dealertrack**
PO Box 6129
New York, NY 10249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:  Services**

Last 4 digits of account number  **9472**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.99** |
|---|---|---|---|

**Demarios, Inc.**
dba Demarios Buick GMC Truck
PO Box 8539
Missoula, MT 59807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **8164**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,445.93** |
|---|---|---|---|

**Direct Automotive Distrib.**
2775 E. 14th North
Idaho Falls, ID 83406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **6636**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55.00** |
|---|---|---|---|

**Divine Film Solutions**
35 Mountain Dr.
Pocatello, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$805.51** |
|---|---|---|---|

**Eastern Commercial Credit**
PO Box 340102
Dayton, OH 45434-0102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Collections for Reynolds & Reynolds**

Last 4 digits of account number  **3831**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,834.80** |
|---|---|---|---|

**Enterprise Holdings**
PO Box 804914
Kansas City, MO 64180-4914

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Car Rentals**

Last 4 digits of account number  **6314**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,408.45** |
|---|---|---|---|

**FedEx**
PO Box 94515
Palatine, IL 60094-4515

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Shipping**

Last 4 digits of account number  **7350**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Fifth Third Bank**
38 Fountain Square Plaza
Cincinnati, OH 45263

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2017**

Basis for the claim:  **Car**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Robert Allen Auto Group, Inc.**      Case number (if known)
Name

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $722.90 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**First American Payment Sys.**
100 Throckmorton, Ste. 1800
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit Cards**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,787.96 |
|------|------------------------------------------------|---------------------------------------------------------------------|------------|

**First Bankcard**
PO Box 2457
Omaha, NE 68103-2457

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **8353**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,782.21 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**First Bankcard**
PO Box 2818
Omaha, NE 68103-2818

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2756**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.88 |
|------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**First Data Global Leasing**
PO Box 173845
Denver, CO 80217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Lease of Terminals**

Last 4 digits of account number  **1483**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Fisher's Technology**
575 E. 42nd Street
Garden City, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **9DBM**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Fitech**
301 Commerce St., Ste. 1400
Fort Worth, TX 76102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Merchant Fees**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.20 |
|------|------------------------------------------------|---------------------------------------------------------------------|---------|

**Flagship**
3 Christy Dr. Ste. 201
Chadds Ford, PA 19317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$368.82**

**Flying M Machine & Fab.**
**3148 East Lyndale Ave.**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **2987**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.20**

**GB Collects, LLC**
**1253 Haddonfield Berlin Rd.**
**Voorhees, NJ 08043-4847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Collections for Guardian Life Insurance**

Last 4 digits of account number  **1397**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123.00**

**General Distributing Co.**
**PO Box 2606**
**Great Falls, MT 59403-2606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **8066**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.50**

**Golden West Enterprises**
**1740 Holmes Ave.**
**Butte, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **None**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00**

**Green Mewdow Auto Salvage**
**7313 Green Meadow Drive**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **57**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52.11**

**Hansen Janitorial**
**410 South 1st.**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$867.53**

**Helena Towing Service**
**1193 Hunter Rd.**
**Helena, MT 59602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/09/2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **None**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00** |
|---|---|---|---|

**Idaho Dpt. of Transportation Revenue Operations**
**PO Box 34**
**Boise, ID 83731-0034**

�■ Contingent
☐ Unliquidated
�■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Citations**

Last 4 digits of account number **None**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,826.80** |
|---|---|---|---|

**Ireland Bank**
**PO Box 569100**
**Dallas, TX 75326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Credit Card**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$652.50** |
|---|---|---|---|

**Jackson Murdo & Grant PC**
**203 North Ewing Street**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Legal Services**

Last 4 digits of account number **9898**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$652.50** |
|---|---|---|---|

**Jackson Murdo & Grant PC**
**203 North Ewing Street**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Attorney Fees for District Court Case**

Last 4 digits of account number **9898**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.18** |
|---|---|---|---|

**Jaguar Land Rover**
**Downtown Salt Lake**
**150 E. 500 S.**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Parts**

Last 4 digits of account number **2068**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Jasons Auto Glass**
**1051 Sawtooth**
**Pocatello, ID 83202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Parts**

Last 4 digits of account number **Unknown**

Is the claim subject to offset? �■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,667.27** |
|---|---|---|---|

**Jonathan Neil & Assoc., Inc.**
**17 West Main St., Suite 304**
**Freehold, NJ 07728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Basis for the claim: **Collections for Dealer.com**

Last 4 digits of account number **9555**

Is the claim subject to offset? �■ No ☐ Yes

Debtor   **Robert Allen Auto Group, Inc.**                          Case number *(if known)* _____

Name

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.18** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Ken Garff Jaguar**
**150 E. 500 So.**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$503.20** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Ken Garff MB**
**575 S. State**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,821.76** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**Ken Garff Nissan**
**777 SW Temple**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **2068**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47.70** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|------------|

**Ken Garff VW**
**195 E. University**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Kingdom Keys**
**1050 E. Center**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|---------------|

**Lamar of Billings, MT**
**7505 Entryway Dr.**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Services**

**Last 4 digits of account number**  **Unknown**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.59** |
|------|-----------------------------------------------------|----------------------------------------------------------------------|-------------|

**Larry Miller Chev**
**5500 S. State**
**Murray, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2019**

**Basis for the claim:**  **Parts**

**Last 4 digits of account number**  **4509**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.84 |
|---|---|---|---|

**Larry Miller Luxury**
5686 State Street
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $254.29 |
|---|---|---|---|

**Lawson Products**
PO Box 809401
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Products**

Last 4 digits of account number  **0911**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.54 |
|---|---|---|---|

**Lithia Motors**
PO Box 1268
Pocatello, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,052.37 |
|---|---|---|---|

**LKQ of Eastern Idaho**
5497 S. 5th Ave.
Pocatello, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **3476**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.28 |
|---|---|---|---|

**Mercedes Benz Draper**
11548 S. Lone Peak Prkway.
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,505.62 |
|---|---|---|---|

**Mercedes of Farmington**
555 W. Bourne Cir.
Farmington, UT 84025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Parts**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $179.00 |
|---|---|---|---|

**Mitchell1**
25029 Network Place
Chicago, IL 60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  _

Last 4 digits of account number  **9969**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Mitsubishi Motors North Am.**
6450 Katella Ave.
Cypress, CA 90630

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **New Dealer Launch Support monies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.10** |
|---|---|---|---|

**Moncur Distribution**
2835 E. Morningside Dr.
Idaho Falls, ID 83402

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$567.00** |
|---|---|---|---|

**MTADA**
501 N. Sanders
Helena, MT 59601

Date(s) debt was incurred  **6/23/19**

Last 4 digits of account number  **None**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Membership Dues**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,501.50** |
|---|---|---|---|

**Mygrant Glass Company Inc.**
c/o Jonathan Neil & Assoc.

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,472.22** |
|---|---|---|---|

**NAPA Auto Parts**
PO Box 1425
Twin Falls, ID 83303

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **3256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.23** |
|---|---|---|---|

**New Day Products**
1704 N. Main Street
Pocatello, ID 83204

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**New Start Financial**
PO Box 709473
Sandy, UT 84070

Date(s) debt was incurred  **Unknown**

Last 4 digits of account number  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Robert Allen Auto Group, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nissan Motor Accept. Corp.**
**8900 Freeport Parkway**
**Irving, TX 75063**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **Unknown**

**Basis for the claim:** **Vehicles sold out of trust.  SUBJECT TO SETOFF.**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,110.40** |
|---|---|---|---|

**NMAC Wholesale Processing**
**8900 Freeport Parkway**
**Irving, TX 75063-2438**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **3901**

**Basis for the claim:** **Sign Lease**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,168.63** |
|---|---|---|---|

**North Shore Agency**
**270 Spagnoli Road, Ste. 110**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **1840**

**Basis for the claim:** **Collections for FedEx**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,920.41** |
|---|---|---|---|

**NorthWestern Energy**
**11 E. Park. St.**
**Butte, MT 59701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/26/2019**

Last 4 digits of account number **9938**

**Basis for the claim:** **Electrical Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$485.00** |
|---|---|---|---|

**Novus Glass**
**PO Box 462**
**McCammon, ID 83250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **Unknown**

**Basis for the claim:** **Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,819.74** |
|---|---|---|---|

**O'Reilly Auto Parts**
**1233 Yellowstone**
**Pocatello, ID 83204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **6641**

**Basis for the claim:** **Auto Parts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**PacificSource Health Plans**
**PO Box 71096**
**Springfield, OR 97475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019**

Last 4 digits of account number **550A**

**Basis for the claim:** **Cobra Admin Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number (if known)
_____
Name

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Performance Outdoor**
PO Box 4983
Pocatello, ID 83205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$402.95** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Postage Meter Rental**

Last 4 digits of account number  **5936**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.38** |
|---|---|---|---|

**Porter's Office**
435 West Center
Pocatello, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Supplies**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$347.76** |
|---|---|---|---|

**Quality Foods Distributing**
PO Box 11703
Bozeman, MT 59719

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2019**

Basis for the claim:  **Products Purchased**

Last 4 digits of account number  **6545**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,127.00** |
|---|---|---|---|

**Rebecca Parrow**
27 Stillwater Drive
Absarokee, MT 59001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Unknown**

Basis for the claim:  **Unknown**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,069.97** |
|---|---|---|---|

**Robert Allard**
307 S. Billings Blvd. #64
Billings, MT 59101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Daughter Melissa Murphy purchased a car.  Salesman from RAN asked that he co-sign and he declined to do so and yet his name is on the loan with Santander. He believes that  his signature might have been forged.**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$391,765.04** |
|---|---|---|---|

**Robert T. Allen**
9075 Stoney Creek Rd.
Pocatello, ID 83204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 and 2020**

Basis for the claim:  **Personal Loan**

Last 4 digits of account number  **None**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Robert Allen Auto Group, Inc.**
    Name

Case number *(if known)*

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,063.87 |
|---|---|---|---|

**Rogers Machinery Company**
PO Box 230429
Portland, OR 97281-0429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Parts

**Last 4 digits of account number** 3835

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $787.04 |
|---|---|---|---|

**Santander Consumer USA**
5201 Rufe Snow Dr., Ste. 400
North Richland Hills, TX 76180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Loan Chargeback

**Last 4 digits of account number** Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,300.00 |
|---|---|---|---|

**Scripps Center**
312 Walnut St.
Cincinnati, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Advertising

**Last 4 digits of account number** Unknown

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $341.94 |
|---|---|---|---|

**Sparklight**
PO Box 78000
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Internet Service

**Last 4 digits of account number** 9917

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.50 |
|---|---|---|---|

**Sunrise Credit Services, Inc**
PO Box 9100
Farmingdale, NY 11735-9100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Collections for Charter Communications

**Last 4 digits of account number** 2053

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $399.50 |
|---|---|---|---|

**Swire Coca-Cola, USA**
PO Box 413121
Salt Lake City, UT 84141

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2019

**Basis for the claim:** Supplies

**Last 4 digits of account number** 7624

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TD Auto Finance**
Mail Code MI1-012-11D
PO Box 9218
Farmington, MI 48333-9218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020

**Basis for the claim:** Dealer Reserve

**Last 4 digits of account number** 2275

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.43** |
| | **Teton Honda** | ☐ Contingent | |
| | **1921 Hurley Dr.** | ☐ Unliquidated | |
| | **Pocatello, ID 83202** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Parts** | |
| | **Last 4 digits of account number  Unknown** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23.83** |
| | **Teton Hundai** | ☐ Contingent | |
| | **1350 Yellowstone Ave.** | ☐ Unliquidated | |
| | **Pocatello, ID 83201** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Parts** | |
| | **Last 4 digits of account number  Unknown** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115.00** |
| | **The Carmedic** | ☐ Contingent | |
| | **4521 Hedge Rd.** | ☐ Unliquidated | |
| | **Roxana, IL 62084** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Repairs** | |
| | **Last 4 digits of account number  2180** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54.74** |
| | **The Smith Group Chevrolet** | ☐ Contingent | |
| | **PO Box 1896** | ☐ Unliquidated | |
| | **Idaho Falls, ID 83403** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Parts** | |
| | **Last 4 digits of account number  5001** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,418.65** |
| | **Tidalwave Car Wash** | ☐ Contingent | |
| | **115 Industrial Ct.** | ☐ Unliquidated | |
| | **Kalispell, MT 59901** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Supplies** | |
| | **Last 4 digits of account number  None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280.50** |
| | **Tire Depot** | ☐ Contingent | |
| | **55528 US Hwy 93** | ☐ Unliquidated | |
| | **Polson, MT 59860** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Parts** | |
| | **Last 4 digits of account number  None** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$558.82** |
| | **Tri County Disposal** | ☐ Contingent | |
| | **3630 York Road** | ☐ Unliquidated | |
| | **Helena, MT 59602** | ☐ Disputed | |
| | **Date(s) debt was incurred  2019** | **Basis for the claim:  Garbage Service** | |
| | **Last 4 digits of account number  6800** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Robert Allen Auto Group, Inc.**                    Case number *(if known)*
Name

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,768.59** |
|---|---|---|---|

**US Bank Equipment Finance**
**1310 Madrid Street**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Equipment**

Last 4 digits of account number  **8922**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134,356.70** |
|---|---|---|---|

**Valley Bank**
**3030 Montana Ave.**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Operating Line of Credit**

Last 4 digits of account number  **0005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$669.79** |
|---|---|---|---|

**Valley Bank**
**3030 Montana Ave.**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Overdrawn Account**

Last 4 digits of account number  **4492**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,269.06** |
|---|---|---|---|

**Valley Bank**
**3030 Montana Ave.**
**Helena, MT 59601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Overdrawn Account**

Last 4 digits of account number  **4484**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8.87** |
|---|---|---|---|

**Valley Office Systems**
**2050 1st St.**
**Idaho Falls, ID 83401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/22/19**

Basis for the claim:  **Services**

Last 4 digits of account number  **RA02**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Vengroff Williams**
**2099 S. State College Blvd.**
**Ste. 300**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,112.96** |
|---|---|---|---|

**VinSolutions**
**3400 New Hyde Park Rd.**
**New Hyde Park, NY 11042-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Services**

Last 4 digits of account number  **2881**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Robert Allen Auto Group, Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,884.20 |
| | **Whitehall's Alpine Distrib.**<br>**PO Box 298**<br>**Belgrade, MT 59714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | Basis for the claim: __Supplies__ | |
| | Last 4 digits of account number __3250__ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,923.95 |
| | **XPO Logistics Freight, Inc.**<br>**29559 Network Place**<br>**Chicago, IL 60673-1559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2019__ | Basis for the claim: __Shipping__ | |
| | Last 4 digits of account number __4982__ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AllData**<br>**PO Box 848379**<br>**Dallas, TX 75284-8379** | Line __3.3__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Allen Maxwell & Silver**<br>**PO Box 450**<br>**Fair Lawn, NJ 07410** | Line __3.74__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Altus Receivables Mngmt.**<br>**2400 Veterans Memorial Blvd.**<br>**Suite 300**<br>**Kenner, LA 70062** | Line __3.90__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **American Express Travel**<br>**Related Services Co., Inc.**<br>**200 Vesey Street**<br>**New York, NY 10285** | Line __3.4__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **American Tire Dist.**<br>**1815 S. 4650 W.**<br>**Salt Lake City, UT 84104** | Line __3.5__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Amtrust North America**<br>**PO Box 6939**<br>**Cleveland, OH 44101-1939** | Line __3.7__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **AutoZone, Inc.**<br>**PO Box 791409**<br>**Baltimore, MD 21279-1409** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | **AutoZone, Inc.**<br>**PO Box 116067**<br>**Atlanta, GA 30368-6067** | Line __3.10__<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.9 **Balboa Capital Corp.**<br>**2010 Main St., Ste. 1100**<br>**Irvine, CA 92614** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.10 **Balboa Capital Corp.**<br>**5775 Enterprise**<br>**Warren, MI 48092** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.11 **Bank of West**<br>**574 Sansome St. 19th Floor**<br>**San Francisco, CA 94111** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.12 **Benedetto Law Group**<br>**2372 Morse Ave. Suite 130**<br>**Irvine, CA 92614** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.13 **Brennan & Clark**<br>**721 East Madison St. Ste 200**<br>**Villa Park, IL 60181** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.14 **C2C Resources**<br>**56 Parimeter Center East**<br>**Ste. 100**<br>**Atlanta, GA 30346** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.15 **Caine & Weiner**<br>**2000 Warrington Way**<br>**Louisville, KY 40222** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.16 **Capital Management Services**<br>**698 1/2 S. Ogden Street**<br>**Buffalo, NY 14206-2317** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.17 **CARFAX**<br>**5860 Trinity Pkwy #600**<br>**Centreville, VA 20120** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Cenex Fleet Fueling**<br>**PO Box 64127**<br>**Saint Paul, MN 55164-0127** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Cenex Voyager Fleet**<br>**PO Box 64745**<br>**Saint Paul, MN 55164-0745** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Chemwest LLC**<br>**250 S. Blvd. Suite B**<br>**Idaho Falls, ID 83402** | Line **3.25**<br>☐ Not listed. Explain ____ | **3145** |
| 4.21 **CHS Inc.**<br>**PO Box 64745**<br>**Saint Paul, MN 55164-0745** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **CoreLogic Credco LLC**<br>**10277 Scripps Ranch Blvd.**<br>**San Diego, CA 92131** | Line **3.28**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Credit Protectoin Assoc. LP**<br>**2500 Dallas Pkwy, Suite 500**<br>**Plano, TX 75093** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Dealer Dot Com**<br>**PO Box 936711**<br>**Atlanta, GA 31193** | Line **3.63**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Dealer-FX Group, Inc.**<br>**c/o T60122U**<br>**PO Box 66512**<br>**Chicago, IL 60666-0512** | Line **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Dealertrack**<br>**3400 New Hyde Park Rd.**<br>**New Hyde Park, NY 11042** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Diligenz, Inc.**<br>**6500 Harbour Heights Pkwy**<br>**Suite 400**<br>**Mukilteo, WA 98275** | Line **3.86**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Direct Automotive Dist.**<br>**PO Box 9129**<br>**Spokane, WA 99209** | Line **3.37**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | Line **3.87**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **FedEx**<br>**3965 Airways Blvd.**<br>**Module G, 4th Floor**<br>**Memphis, TN 38116** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **First Bankcard**<br>**PO Box 3331**<br>**Omaha, NE 68103-0331** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Glacier Family of Banks**<br>**49 Commons Loop**<br>**Kalispell, MT 59901** | Line **3.115**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Glacier Family of Banks**<br>**49 Commons Loop**<br>**Kalispell, MT 59901** | Line **3.116**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Helena Towing Service, LLC**<br>**PO Box 5057**<br>**Helena, MT 59604** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Robert Allen Auto Group, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--|---------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.35 | **Jonathan Neil & Assoc., Inc.**<br>**18321 Ventura Blvd. Ste 1000**<br>**Tarzana, CA 91356** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Kengroff Williams, Inc.**<br>**PO Box 4155**<br>**Sarasota, FL 34230** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Kengroff Williams, Inc.**<br>**2099 S. State College Blvd.**<br>**Ste. 300**<br>**Anaheim, CA 92806** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Lawson Products**<br>**8770 West Bryn Mawr Ave.**<br>**Ste. 900**<br>**Chicago, IL 60631-3515** | Line **3.72**<br>☐ Not listed. Explain ____ | _ |
| 4.39 | **LKQ Eastern Idaho**<br>**PO Box 742922**<br>**Los Angeles, CA 90074** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.40 | **LKQ/Keystone-West Region-W3**<br>**11355 Dismantle Court**<br>**Rancho Cordova, CA 95742** | Line **3.74**<br>☐ Not listed. Explain ____ | _ |
| 4.41 | **LLC CenturyLink Com.**<br>**Business Services**<br>**PO Box 52187**<br>**Phoenix, AZ 85072-2187** | Line **3.24**<br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Nissan Motor Accept. Corp.**<br>**990 W. 190th St.**<br>**Torrance, CA 90502** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Nissan Motor Accept. Corp.**<br>**PO Box 660620**<br>**Attn: Commercial Credit**<br>**Dallas, TX 75266-0620** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.44 | **North Shore Agency**<br>**270 Spagnoli Road, Ste. 110**<br>**Melville, NY 11747** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Santander Consumer USA**<br>**PO Box 744725**<br>**Atlanta, GA 30374** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Sky Blue Industries, Inc.**<br>**760 W. Exchange Rd.**<br>**Ogden, UT 84402** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Swire Coca-Cola, USA**<br>**12634 South 265 West**<br>**Draper, UT 84020** | Line **3.104**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.48 | **US Bank Equipment Finance**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.49 | **US Bank Equipment Finance**<br>**SL-MO-C1WS**<br>**1005 Convention Plaza**<br>**Saint Louis, MO 63101** | Line **3.113**<br>☐ Not listed. Explain ____ | _ |
| 4.50 | **VinSolutions**<br>**P Box 935595**<br>**Atlanta, GA 31193-5595** | Line **3.119**<br>☐ Not listed. Explain ____ | _ |
| 4.51 | **XPO Logistics Freight, Inc.**<br>**PO Box 982020**<br>**North Richland Hills, TX 76182** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |
| 4.52 | **XPO Logistics Freight, Inc.**<br>**9151 Boulevard 26 Bldg. A**<br>**North Richland Hills, TX 76180** | Line **3.121**<br>☐ Not listed. Explain ____ | _ |
| 4.53 | **Zwicker & Associates, P.C.**<br>**80 Minuteman Road**<br>**Andover, MA 01810-1008** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 51,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,959,696.72 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,010,696.72 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF IDAHO

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Equipment** | |
|---|---|---|---|
| | State the term remaining | **None** | **Balboa Capital**<br>**575 Anton Blvd. 12th Floor**<br>**Costa Mesa, CA 92626** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Sign Lease** | |
|---|---|---|---|
| | State the term remaining | **None** | **Nissan Motor Accept. Corp.**<br>**8900 Freeport Parkway**<br>**Irving, TX 75063** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Car Wash** | |
|---|---|---|---|
| | State the term remaining | **None** | **Sky Blue Industries, Inc.**<br>**760 W. Exchange Rd.**<br>**Ogden, UT 84402** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Robert Allen Auto Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF IDAHO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **Balboa Capital Corporation** | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.2 | **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **Great America Financial Serv** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **US Bank Equipment Finance** | ☐ D _____<br>■ E/F ___3.113___<br>☐ G _____ |
| 2.4 | **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **Nissan Motor Accept. Corp.** | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **First Data Global Leasing** | ☐ D _____<br>■ E/F ___3.46___<br>☐ G _____ |

Debtor      **Robert Allen Auto Group, Inc.**                     Case number *(if known)* _____

| | |
|---|---|
| ▮ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

2.6     **Robert T. Allen**          **9075 Stoney Creek Rd.**              **BFS Capital**          ☐ D  _____
                                     **Pocatello, ID 83204**                                        ■ E/F   **3.16**
                                                                                                    ☐ G  _____

**Fill in this information to identify the case:**

Debtor name **Robert Allen Auto Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF IDAHO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$27,326,940.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Jackson Murdo & Grant PC**<br>**203 North Ewing Street**<br>**Helena, MT 59601** | 12/10/2019 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Robert T. Allen**<br>**9075 W. Stoney Creek Rd.**<br>**Pocatello, ID 83204**<br>**President of Corp.** | **2019** | $39,000.00 | **Wages** |
| 4.2. **Angela Allen**<br>**9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204**<br>**Spouse of President of Corp.** | **2019** | $16,250.00 | **Wages** |
| 4.3. **Tyler Allen**<br>**316 W. 200 S. Apt. 402**<br>**Salt Lake City, UT 84101**<br>**Son of President of Debtor** | **2019** | $59,999.81 | **Wages** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Pioneer Lender Trustee Services**<br>**8151 W. Rifleman Street**<br>**Boise, ID 83704** | **See Attachment "A"** | **Sale 0n March 3, 2020** | **$4,300,000.00** |
| **Balboa Capital**<br>**575 Anton Blvd. 12th Floor**<br>**Costa Mesa, CA 92626** | **Various pieces of equipment** | **2020** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

STATEMENT OF FINANCIAL AFFAIRS

ATTACHMENT "A"
(Question 5., Description of Property)


PARCEL 1: LOTS 1 AND 2, BLOCK 269, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 2: ALL OF LOT 16 AND THE SOUTH ONE-HALF OF LOT 17, BLOCK 269, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 3: LOTS 7 AND 8, BLOCK 270, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 4: THE WESTERLY 70 FEET OF LOTS 9 AND 10, BLOCK 270, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 5: LOTS 11-15 AND THE SOUTH 6 FEET OF LOT 16 IN BLOCK 270 OF POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 6: ALL OF LOT 1 AND THE NORTH HALF OF LOT 2 IN BLOCK 293 OF POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 7: THE SOUTH HALF OF LOT 2 AND ALL OF LOT 3 IN BLOCK 293 OF POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 8: LOTS 4 AND 5 IN BLOCK 293 OF POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 9: LOTS 6-10 IN BLOCK 293 OF POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 10: LOTS 11 AND 12, BLOCK 293, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

PARCEL 11: LOTS 1-7, BLOCK 294, POCATELLO TOWNSITE, BANNOCK COUNTY, IDAHO, AS THE SAME APPEARS ON THE OFFICIAL THEREOF.

Debtor   **Robert Allen Auto Group, Inc.**                                 Case number *(if known)* _____

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Balboa Capital**<br>575 Anton Blvd. 12th Floor<br>Costa Mesa, CA 92626 | **Repossessed equipment**<br>Last 4 digits of account number: _____ | **February 4, 2020** | **Unknown** |
| **NMAC Wholesale Processing**<br>8900 Freeport Parkway<br>Irving, TX 75063-2438 | **NMAC took possession of multiple cars and have not sold them yet. It is unknown at this time what they are worth and how much would offset what is believed to be owed to NMAC by the Debtor.**<br>Last 4 digits of account number: _____ | **05/2019 - 06/2019** | **Unknown** |

**Part 3:**   **Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **American Express Travel Related Services, Company vs.**<br>**Robert Allen Nissan of Helena, Inc.**<br>**650878/2020** | **Collections on Credit Card** | **Supreme Ct. of State of New York**<br>**60 Centre St.,**<br>**New York, NY 10007** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Balboa Capital Corporation vs. Robert Allen Auto Group, Robert Allen Mitsubishi, Robert Allen Nissan of Helena, Inc.**<br>**30-2019-01102945-CU-CO-CJC** | **Collections** | **Superior Court of California, Orange City**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **April 26, 2019 - $473.00<br>June 16, 2019 - $150.50<br>June 20, 2019 - $5,000.00<br>July 6, 2019 - 43.00<br>December 27, 2019 - $4,319.50<br>February 21, 2020 - $1,717.00 (Filing Fee)** | |
| | **Maynes Taggart PLLC<br>PO Box 3005<br>Idaho Falls, ID 83403-3005** | **Attorney Fees and filing fee.** | | **$11,703.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?<br>Robert T. Allen** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    **Robert Allen Auto Group, Inc.**                                    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. <br><br> **Robert T. Allen** <br> **9075 Stoney Creek Rd.** <br> **Pocatello, ID 83204** | **2008 22' flatbed trailer.  Titled in Robert T. Allen since purchased; however, Debtor used it for various things and subsequently registered it in Debtor's name.  Registration was then recorded in Robert T. Allen's name in 2019.** | **2019** | **$1,200.00** |
| **Relationship to debtor** <br> **President of Debtor** | | | |

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Debtor    **Robert Allen Auto Group, Inc.**                          Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **First Bankcard**<br>PO Box 2457<br>Omaha, NE 68103-2457 | **XXXX-2756** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Credit Card** | **December 11, 2019** | **Unknown** |
| 18.2. | **First Bankcard**<br>PO Box 2457<br>Omaha, NE 68103-2457 | **XXXX-9373** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Credit Card** | **December 11, 2019** | **Unknown** |
| 18.3. | **First Bankcard**<br>PO Box 2457<br>Omaha, NE 68103-2457 | **XXXX-4927** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other **Credit Card** | **December 12, 2019** | **Unknown** |
| 18.4. | **Ireland Bank**<br>PO Box 186<br>Malad City, ID 83252 | **XXXX-2575** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 24, 2020** | **$0.00** |
| 18.5. | **Ireland Bank**<br>33 Bannock St.<br>Malad City, ID 83252 | **XXXX-9869** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 21, 2020** | **$0.00** |
| 18.6. | **Valley Bank**<br>3030 Montana Ave.<br>Helena, MT 59601 | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **February 18, 2020** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Robert Allen Auto Group, Inc.**                                          Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

---

| Debtor | **Robert Allen Auto Group, Inc.** | Case number *(if known)* | |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **John Martin**<br>**Martin CPAs, PC**<br>**963 Blue Lakes Blvd., Ste. A**<br>**Twin Falls, ID 83301** | **Ongoing** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **John Martin**<br>**Martin CPAs, PC**<br>**963 Blue Lakes Blvd., Ste. A**<br>**Twin Falls, ID 83301** | **Ongoing** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **John Martin**<br>**Martin CPAs, PC**<br>**963 Blue Lakes Blvd., Ste. A**<br>**Twin Falls, ID 83301** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert T. Allen** | **9075 Stoney Creek Rd.**<br>**Pocatello, ID 83204** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor   **Robert Allen Auto Group, Inc.**                                    Case number *(if known)*_____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Angela Allen | 9075 Stoney Creek Rd. Pocatello, ID 83204 | Member of Allen Family Holdings, LLC | Ended February 21, 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Robert T. Allen**<br>9075 Stoney Creek Rd.<br>Pocatello, ID 83204<br><br>Relationship to debtor<br>President of Corp. | $39,000.00 | Over the course of the last year, 2019. | Wages. |
| 30.2. | **Angela Allen**<br>9075 Stoney Creek Rd.<br>Pocatello, ID 83204<br><br>Relationship to debtor<br>Spouse of President of Debtor | $16,250.00 | Throughout the last year, 2019. | Wages. |
| 30.3. | **Tyler Allen**<br>316 W. 200 S. Apt. 402<br>Salt Lake City, UT 84101<br><br>Relationship to debtor<br>Son of President of Debtor | $59,999.81 | Throughout the last year, 2019. | Wages. |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **Robert Allen Auto Group, Inc.**                                           Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2020**

**/s/ Robert Allen**                                             **Robert Allen**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Idaho

In re    **Robert Allen Auto Group, Inc.**

Case No.

Debtor(s)

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March  2, 2020**

Signature    **/s/ Robert Allen**

**Robert Allen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Idaho

In re  **Robert Allen Auto Group, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Robert Allen Auto Group, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  2, 2020**

Date

**/s/ Steven L. Taggart**

**Steven L. Taggart 8551**

Signature of Attorney or Litigant

Counsel for  **Robert Allen Auto Group, Inc.**

**Maynes Taggart PLLC**
**PO Box 3005**
**Idaho Falls, ID 83403-3005**

## United States Bankruptcy Court
### District of Idaho

In re   **Robert Allen Auto Group, Inc.**

                    Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March  2, 2020**

**/s/ Robert Allen**

**Robert Allen**/**President**
Signer/Title

Advanced Auto Parts
PO Box 404875
Atlanta, GA 30384


All Florida Towing
1107 Old Dixie Highway
West Palm Beach, FL 33403-2007


AllData
PO Box 848379
Dallas, TX 75284-8379


Alldata Automotive Intell.
9650 W. Taron Dr. Ste. 100
Elk Grove, CA 95757


Allen Maxwell   Silver
PO Box 450
Fair Lawn, NJ 07410


Altus Receivables Mngmt.
2400 Veterans Memorial Blvd.
Suite 300
Kenner, LA 70062


American Express
c/o Tiffany Maldonado, Esq.
1551 S. Wash. Ave. Ste 404
Piscataway, NJ 08854


American Express Travel
Related Services Co., Inc.
200 Vesey Street
New York, NY 10285


American Tire Dist.
PO Box 889
Huntersville, NC 28070

American Tire Dist.
1815 S. 4650 W.
Salt Lake City, UT 84104


AmeriPride
403 Main Ave. West
Twin Falls, ID 83301


AmTrust North America
800 Superior Ave. E
Cleveland, OH 44114


Amtrust North America
PO Box 6939
Cleveland, OH 44101-1939


Andreanna Garzia
1280 S. Meridian
Blackfoot, ID 83221


Andrew S. Elliott, Esq.
One Embarcadero Center,
Suite 2600
San Francisco, CA 94111


Angela Allen
9075 Stoney Creek Rd.
Pocatello, ID 83201


AutoZone
780 Yellowstone
Pocatello, ID 83204


AutoZone, Inc.
PO Box 791409
Baltimore, MD 21279-1409

AutoZone, Inc.
PO Box 116067
Atlanta, GA 30368-6067


Balboa Capital
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626


Balboa Capital Corp.
2010 Main St., Ste. 1100
Irvine, CA 92614


Balboa Capital Corp.
5775 Enterprise
Warren, MI 48092


Balboa Capital Corporation
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626


Bank of America N.A.
9000 Southside Blvd.
FL9-600-01-57
Jacksonville, FL 32256


Bank of West
574 Sansome St. 19th Floor
San Francisco, CA 94111


Bannock County Treasurer
624 E. Center St., Rm. 203
Pocatello, ID 83201


Barr Credit Services
5151 E. Broadway Blvd.
Suite 800
Tucson, AZ 85711

Battery Systems
12322 Monarch St.
Garden Grove, CA 92841


Beaverton Infiniti
PO Box 728
Beaverton, OR 97075


Benedetto Law Group
2372 Morse Ave. Suite 130
Irvine, CA 92614


BFS Capital
3301 N. University Dr.
Suite 300
Coral Springs, FL 33065


Biehl   Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188


Blaize, Inc.
704 332nd. NE
Great Falls, MT 59404


Brennan   Clark
721 East Madison St. Ste 200
Villa Park, IL 60181


C2C Resources
56 Parimeter Center East
Ste. 100
Atlanta, GA 30346


Caine   Weiner
2000 Warrington Way, Ste 150
Louisville, KY 40222

Caine   Weiner
2000 Warrington Way
Louisville, KY 40222


Capital Management Services
698 1/2 S. Ogden Street
Buffalo, NY 14206-2317


Capital One
7933 Preston Rd.
Plano, TX 75024


Card Service Center
PO Box 569100
Dallas, TX 75356-9100


CARFAX
5860 Trinity Pkwy #600
Centreville, VA 20120


Carquest Auto
PO Box 404875
Atlanta, GA 30384


Cenex Fleet Fueling
PO Box 64127
Saint Paul, MN 55164-0127


Cenex Voyager Fleet
PO Box 64745
Saint Paul, MN 55164-0745


CenturyLink
PO Box 91155
Seattle, WA 98111

Chemwest
47313 E. Majestic View
Idaho Falls, ID 83406


Chemwest LLC
250 S. Blvd. Suite B
Idaho Falls, ID 83402


CHS Inc.
PO Box 64745
Saint Paul, MN 55164-0745


CHS, Inc.
5500 Cenex Drive
Inver Grove Heights, MN 55077-1721


Citi Bank
PO Box 78045
Phoenix, AZ 85062


Corelogic Credco LLC
PO Box 847070
Dallas, TX 75284


CoreLogic Credco LLC
10277 Scripps Ranch Blvd.
San Diego, CA 92131


Corporate Fleet Auto Express
PO Box 174
Springdale, WA 99173


Cottonwood Motors, Inc.
50 E. Central Ave.
Salt Lake City, UT 84107

Credit Protectoin Assoc. LP
2500 Dallas Pkwy, Suite 500
Plano, TX 75093


Cuna Mutual Group
PO Box 391
Madison, WI 53701-0391


Dani McDonald
1502 Boston Rd.
Helena, MT 59602


Dash Designs
615 W. Knox Rd.
Tempe, AZ 85284


Dealer Dot Com
PO Box 936711
Atlanta, GA 31193


Dealer-FX Group Inc.
80 Tiverton Court, Ste. 500
Markham ON L3R 0G4, Canada


Dealer-FX Group, Inc.
c/o T60122U
PO Box 66512
Chicago, IL 60666-0512


Dealersocket
PO Box 843876
Los Angeles, CA 90084


Dealertrack
PO Box 6129
New York, NY 10249

Dealertrack
3400 New Hyde Park Rd.
New Hyde Park, NY 11042


Demarios, Inc.
dba Demarios Buick GMC Truck
PO Box 8539
Missoula, MT 59807


Diligenz, Inc.
6500 Harbour Heights Pkwy
Suite 400
Mukilteo, WA 98275


Direct Automotive Dist.
PO Box 9129
Spokane, WA 99209


Direct Automotive Distrib.
2775 E. 14th North
Idaho Falls, ID 83406


Divine Film Solutions
35 Mountain Dr.
Pocatello, ID 83204


Eastern Commercial Credit
PO Box 340102
Dayton, OH 45434-0102


Enterprise Holdings
PO Box 804914
Kansas City, MO 64180-4914


FedEx
PO Box 94515
Palatine, IL 60094-4515

```
FedEx
3965 Airways Blvd.
Module G, 4th Floor
Memphis, TN 38116


Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263


First American Payment Sys.
100 Throckmorton, Ste. 1800
Fort Worth, TX 76102


First Bankcard
PO Box 2457
Omaha, NE 68103-2457


First Bankcard
PO Box 2818
Omaha, NE 68103-2818


First Bankcard
PO Box 3331
Omaha, NE 68103-0331


First Data Global Leasing
PO Box 173845
Denver, CO 80217


Fisher's Technology
575 E. 42nd Street
Garden City, ID 83714


Fitech
301 Commerce St., Ste. 1400
Fort Worth, TX 76102
```

Flagship
3 Christy Dr. Ste. 201
Chadds Ford, PA 19317


Flying M Machine   Fab.
3148 East Lyndale Ave.
Helena, MT 59601


GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847


General Distributing Co.
PO Box 2606
Great Falls, MT 59403-2606


Glacier Family of Banks
49 Commons Loop
Kalispell, MT 59901


Golden West Enterprises
1740 Holmes Ave.
Butte, MT 59701


Great America Financial Serv
625 First Street SE Ste. 800
Cedar Rapids, IA 52401


Great America Financial Serv
PO Box 609
Cedar Rapids, IA 52406-0609


Green Mewdow Auto Salvage
7313 Green Meadow Drive
Helena, MT 59602

Hansen Janitorial
410 South 1st.
Pocatello, ID 83201


Helena Towing Service
1193 Hunter Rd.
Helena, MT 59602


Helena Towing Service, LLC
PO Box 5057
Helena, MT 59604


Idaho Dpt. of Transportation
Revenue Operations
PO Box 34
Boise, ID 83731-0034


Idaho State Tax Commission
PO Box 36
Boise, ID 83722


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Ireland Bank
PO Box 569100
Dallas, TX 75326


Jackson Murdo   Grant PC
203 North Ewing Street
Helena, MT 59601


Jaguar Land Rover
Downtown Salt Lake
150 E. 500 S.
Salt Lake City, UT 84111

Jasons Auto Glass
1051 Sawtooth
Pocatello, ID 83202


Jonathan Neil  Assoc., Inc.
17 West Main St., Suite 304
Freehold, NJ 07728


Jonathan Neil  Assoc., Inc.
18321 Ventura Blvd. Ste 1000
Tarzana, CA 91356


Ken Garff Jaguar
150 E. 500 So.
Salt Lake City, UT 84111


Ken Garff MB
575 S. State
Salt Lake City, UT 84111


Ken Garff Nissan
777 SW Temple
Salt Lake City, UT 84101


Ken Garff VW
195 E. University
Orem, UT 84058


Kengroff Williams, Inc.
PO Box 4155
Sarasota, FL 34230


Kengroff Williams, Inc.
2099 S. State College Blvd.
Ste. 300
Anaheim, CA 92806

Kenneth Edick
3439 Blue Heron St.
Helena, MT 59602


Kingdom Keys
1050 E. Center
Pocatello, ID 83201


Lamar of Billings, MT
7505 Entryway Dr.
Billings, MT 59101


Larry Miller Chev
5500 S. State
Murray, UT 84107


Larry Miller Luxury
5686 State Street
Salt Lake City, UT 84107


Lawson Products
PO Box 809401
Chicago, IL 60680


Lawson Products
8770 West Bryn Mawr Ave.
Ste. 900
Chicago, IL 60631-3515


Lithia Motors
PO Box 1268
Pocatello, ID 83204


LKQ Eastern Idaho
PO Box 742922
Los Angeles, CA 90074

LKQ of Eastern Idaho
5497 S. 5th Ave.
Pocatello, ID 83204


LKQ/Keystone-West Region-W3
11355 Dismantle Court
Rancho Cordova, CA 95742


LLC CenturyLink Com.
Business Services
PO Box 52187
Phoenix, AZ 85072-2187


Mark A. Ellingsen, Esq.
Spokesman Reivew Building
608 Northwest Blvd. Ste. 300
Coeur D Alene, ID 83814-2146


Mercedes Benz Draper
11548 S. Lone Peak Prkway.
Draper, UT 84020


Mercedes of Farmington
555 W. Bourne Cir.
Farmington, UT 84025


Mitchell1
25029 Network Place
Chicago, IL 60673-1250


Mitsubishi Motors North Am.
6450 Katella Ave.
Cypress, CA 90630


Moncur Distribution
2835 E. Morningside Dr.
Idaho Falls, ID 83402

```
MTADA
501 N. Sanders
Helena, MT 59601


Mygrant Glass Company Inc.
c/o Jonathan Neil  Assoc.


NAPA Auto Parts
PO Box 1425
Twin Falls, ID 83303


New Day Products
1704 N. Main Street
Pocatello, ID 83204


New Start Financial
PO Box 709473
Sandy, UT 84070


Nissan Motor Accept. Corp.
8900 Freeport Parkway
Irving, TX 75063


Nissan Motor Accept. Corp.
PO Box 660360
Dallas, TX 75266


Nissan Motor Accept. Corp.
990 W. 190th St.
Torrance, CA 90502


Nissan Motor Accept. Corp.
PO Box 660620
Attn: Commercial Credit
Dallas, TX 75266-0620
```

NMAC Wholesale Processing
8900 Freeport Parkway
Irving, TX 75063-2438


North Shore Agency
270 Spagnoli Road, Ste. 110
Melville, NY 11747


NorthWestern Energy
11 E. Park. St.
Butte, MT 59701


Novus Glass
PO Box 462
McCammon, ID 83250


O'Reilly Auto Parts
1233 Yellowstone
Pocatello, ID 83204


PacificSource Health Plans
PO Box 71096
Springfield, OR 97475


Performance Outdoor
PO Box 4983
Pocatello, ID 83205


Pioneer Lender Trustee Serv.
8151 W. Rifleman St.
Boise, ID 83704


Pioneer TItle Co. of Bannock
135 N. Arthur
Pocatello, ID 83204

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Porter's Office
435 West Center
Pocatello, ID 83204


Quality Foods Distributing
PO Box 11703
Bozeman, MT 59719


Rebecca Parrow
27 Stillwater Drive
Absarokee, MT 59001


Robert Allard
307 S. Billings Blvd. #64
Billings, MT 59101


Robert T. Allen
9075 Stoney Creek Rd.
Pocatello, ID 83204


Rogers Machinery Company
PO Box 230429
Portland, OR 97281-0429


Santander Consumer USA
5201 Rufe Snow Dr., Ste. 400
North Richland Hills, TX 76180


Santander Consumer USA
PO Box 744725
Atlanta, GA 30374

Scripps Center
312 Walnut St.
Cincinnati, OH 45202


Sky Blue Industries, Inc.
760 W. Exchange Rd.
Ogden, UT 84402


Sparklight
PO Box 78000
Phoenix, AZ 85062


Sunrise Credit Services, Inc
PO Box 9100
Farmingdale, NY 11735-9100


Susan K. Edick
3439 Blue Heron St.
Helena, MT 59602


Swire Coca-Cola, USA
PO Box 413121
Salt Lake City, UT 84141


Swire Coca-Cola, USA
12634 South 265 West
Draper, UT 84020


TD Auto Finance
Mail Code MI1-012-11D
PO Box 9218
Farmington, MI 48333-9218


Teton Honda
1921 Hurley Dr.
Pocatello, ID 83202

Teton Hundai
1350 Yellowstone Ave.
Pocatello, ID 83201


The Carmedic
4521 Hedge Rd.
Roxana, IL 62084


The Smith Group Chevrolet
PO Box 1896
Idaho Falls, ID 83403


Tidalwave Car Wash
115 Industrial Ct.
Kalispell, MT 59901


Tire Depot
55528 US Hwy 93
Polson, MT 59860


Tri County Disposal
3630 York Road
Helena, MT 59602


Tyler Allen
316 W. 200 S. Apt. 402
Salt Lake City, UT 84101


US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179-0448

US Bank Equipment Finance
SL-MO-C1WS
1005 Convention Plaza
Saint Louis, MO 63101


Valley Bank
3030 Montana Ave.
Helena, MT 59601


Valley Office Systems
2050 1st St.
Idaho Falls, ID 83401


Vengroff Williams
2099 S. State College Blvd.
Ste. 300
Anaheim, CA 92806


VinSolutions
3400 New Hyde Park Rd.
New Hyde Park, NY 11042-1226


VinSolutions
P Box 935595
Atlanta, GA 31193-5595


Whitehall's Alpine Distrib.
PO Box 298
Belgrade, MT 59714


XPO Logistics Freight, Inc.
29559 Network Place
Chicago, IL 60673-1559


XPO Logistics Freight, Inc.
PO Box 982020
North Richland Hills, TX 76182

XPO Logistics Freight, Inc.
9151 Boulevard 26 Bldg. A
North Richland Hills, TX 76180


Zwicker  Associates, P.C.
80 Minuteman Road
Andover, MA 01810-1008