Steven L. Taggart, ISB No. 8551
Robert J. Maynes, ISB No. 6905
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@maynestaggart.com
      rmaynes@maynestaggart.com

*Debtor's counsel*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 20-401643-JMM |
| ROBERT ALLEN AUTO GROUP, INC. | Chapter 11 |
| Debtor. | |

### REPORT ON DEBTOR'S EFFORTS TO ATTAIN
### A CONSENSUAL PLAN OF REORGANIZATION

COMES NOW Robert Allen Auto Group, Inc, ("Debtor"), by and through counsel, and files this report, as required by 11 U.S.C. § 1888(c), concerning its efforts to attain a consensual plan of reorganization.

1.      The Debtor filed a Petition and detailed Schedules under Chapter 11, Subchapter V, on March 2, 2020 (Dkt. No. 1).

2.      Debtor anticipates filing anytime amended Schedules that will add a limited number of creditors and resolve several omissions including a lawsuit involving Nissan Motor Acceptance Corporation.

3.      Debtor's counsel has communicated repeatedly with counsel for Nissan Motor Acceptance Corporation, arranging a site visit pre-petition to view the real estate, providing requested documents and outlining forthcoming steps.

4.      Debtor completed an Initial Debtor Interview with the U.S. Trustee's Office and the case Trustee on March 17, 2020.

5.      Debtor has delivered documents requested by both the U.S. Trustee's Office and the case Trustee.

6.      The Debtor has identified two real estate professionals to market the real estate and anticipates filing an Employment Application anytime.

7.      The Debtor has identified special counsel to pursue an action against Nissan Motor Acceptance Corporation to resolve the final amount of their claim and anticipates filing an Employment Application shortly.

7.      A telephonic 341 hearing is set for April 8, 2020.

8.      Debtor is in the process of drafting a Plan of Reorganization, which will be circulated to interested parties and filed timely.


DATED:        March 30, 2020


MAYNES TAGGART PLLC


*/s/ Steven L. Taggart*
STEVEN L. TAGGART

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2020, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Laurie A Cayton on behalf of U.S. Trustee US Trustee - laurie.cayton@usdoj.gov

Mark A Ellingsen on behalf of Creditor Nissan Motor Acceptance Corporation
mae@witherspoonkelley.com, conniem@witherspoonkelley.com;
gaylev@witherspoonkelley.com; angelc@witherspoonkelley.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Gary L Rainsdon - trustee@filertel.com, id12@ecfcbis.com; lori@filertel.com;
cblackburn@filertel.com; jhancock@filertel.com

US Trustee - ustp.region18.bs.ecf@usdoj.gov

Melinda Willden on behalf of U.S. Trustee US Trustee - Melinda.Willden@usdoj.gov

Elizabeth Lombard on behalf of Zwicker & Associates, PC – bknotices@zwickerpc.com

And as otherwise noted on the Court's Notice of Electronic Filing.

DATED:        March 30, 2020

*/s/ Theresa G. Carson*
Theresa G. Carson
Legal Assistant