# CHAPTER 11 MONTHLY OPERATING REPORT

| Case No. | 20-40163 | Report Month/Year | Apr-20 |
|---|---|---|---|
| Debtor | Robert Allen Auto Group | | |

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| **UST-2A** | Comparative Balance Sheet | X | ❏ |
| **UST-2B** | Comparative Income Statement | X | ❏ |
| **UST-2C** | Cash Receipts and Disbursements Statement | X | ❏ |
| | UST-2C Continuation Sheet for Each Account | X | ❏ |
| | Detailed List of Receipts and Disbursements for Each Account | X | ❏ |
| | Bank Statement for Each Account | X | ❏ |
| | Bank Reconciliation for Each Account | X | ❏ |
| **UST-2D** | Supplemental Information | X | ❏ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date: 05-22 2020

Name: Robert Allen

Signature:

Title: President

**CHAPTER 11, SUBCHAPTER V MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

Case No.    20-40163                    Report Month/Year    Apr-20
Debtor    Robert Allen Auto Group, Inc.

| ASSETS | | Current Month | | Petition Date |
|---|---|---|---|---|
| Current Assets: | | | | |
| Cash | $ | 5,230.12 | $ | 0.00 |
| Accounts Receivable | | | | 0.00 |
| Inventory | | | | |
| Other Current Assets :(List) | | | | |
| | | | | |
| Total Current Assets | | 5,230.12 | | 0.00 |
| | | | | |
| Fixed Assets: | | | | |
| Land | | | | |
| Building | | 4,300,000.00 | | 4,300,000.00 |
| Equipment, Furniture and Fixtures | | 12,279.03 | | 12,279.03 |
| Total Fixed Assets | | 4,312,279.03 | | 4,312,279.03 |
| Less: Accumulated Depreciation | ( | | | ) |
| Net Fixed Assets | | 4,312,279.03 | | 4,312,279.03 |
| | | | | |
| Other Assets (List): Litigation Claims - UNKNOWN $ | * | Unknown | | Unknown |
| | | | | |
| **TOTAL ASSETS** | $ | 4,317,509.15 | $ | 4,312,279.03 |
| | | | | |
| LIABILITIES | | | | |
| Post-petition Trade Accounts Payable | $ | | $ | |
| Post-petition Accrued Professional Fees | | | | |
| Post-petition Taxes Payable | | | | |
| Post-petition Notes Payable | | | | |
| Other Post-petition Payables (List): | | | | |
| | | | | |
| Total Post Petition Liabilities | | 0.00 | | 0.00 |
| | | | | |
| Pre Petition Liabilities: | | | | |
| Secured Debt | | 87,231.17 | | 87,231.17 |
| Priority Debt | | 51,000.00 | | 51,000.00 |
| Unsecured Debt | | 1,959,696.72 | | 1,959,696.72 |
| Total Pre Petition Liabilities | | 2,097,927.89 | | 2,097,927.89 |
| | | | | |
| **TOTAL LIABILITIES** | | 2,097,927.89 | | 2,097,927.89 |
| | | | | |
| OWNERS' EQUITY | | | | |
| Owner's/Stockholder's Equity | | | | |
| Retained Earnings - Prepetition | | | | |
| Retained Earnings - Post-petition | | | | |
| **TOTAL OWNERS' EQUITY** | | 0.00 | | 0.00 |
| | | | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 2,097,927.89 | $ | 2,097,927.89 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

UST-2A
December 2017

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**

Case No. _____20-40163_____                    Report Month/Year _____ Apr-20 _____
Debtor      Robert Allen Auto Group, Inc.

|  | Current Month | Total Post-Petition |
|---|---|---|
| **GROSS SALES/REVENUE** | $ 0 | $ |
| Less: Discounts, Returns and Allowances | 0 | |
| Net Sales/Revenue | 0 | 0 |
| | | |
| Cost of Sales: | | |
| Beginning Inventory | $ | |
| Add: Purchases | | |
| Less: Ending Inventory | ( ) | |
| Cost of Goods Sold | 0 | |
| | | |
| **GROSS PROFIT** | $ 0 | $ 0 |
| | | |
| Operating Expenses: | | |
| Officers' Salaries | | |
| Other Salaries | | |
| Employee Benefits/Payroll Taxes | | |
| Insurance | | |
| Rent and Lease Payments | | |
| Other (list):      Check Charges | 5.00 | 40.89 |
|                        Utilities | 2664.75 | 2664.75 |
| | | |
| Total Operating Expenses | 2669.75 | 2705.64 |
| | | |
| **OPERATING INCOME (LOSS)** | $ -2669.75 | $ -2705.64 |
| | | |
| Add: Other Income | | 400 |
| Less: Interest Expense | | |
| Less: Professional Fees and Other Reorganization Expenses | | |
| Other Adjustments to Income (explain) | | 4866.01 |
| Gain (Loss) on Sale of Assets | | |
| | | |
| **NET INCOME (LOSS) BEFORE TAXES** | $ -2669.75 | $ 2560.37 |
| | | |
| Income Tax Expense (Benefit) | | |
| | | |
| **NET INCOME (LOSS)** | $ -2669.75 | $ 2560.37 |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.         20-40163                              Report Month/Year      Apr-20

Debtor          Robert Allen Auto Group, Inc.

| **SUMMARY** | Current Month | Total Post-Petition |
|---|---|---|
| **Beginning cash balance, per Debtor's books (all acccounts)** | $ 5230.12 | $ 5230.12 |
| **Total cash receipts** | 0 | 5266.01 |
| (from UST-2C continuation sheets) | | |
| | | 0 |
| **Total cash disbursements** | 4509.25 | 4545.14 |
| from (UST-2C continuation sheets) | | |
| **Net cash flow** | $ -4509.25 | 720.87 |
| (Total cash receipts less total cash disbursements) | | |
| **Ending cash balance, per Debtor's books (all accounts)** | $ 720.87 | $ 5950.99 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No. _____20-40163_____          Report Month/Year _____Apr-20_____
Debtor _____Robert Allen Auto Group, Inc._____

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:** _____Wells Fargo Bank_____
**Account number:** _____****7742_____

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | $ | 5230.12 |
| Add: Transfers in from other estate bank accounts | | 0 |
| Cash receipts deposited to this account | | 0 |
| Subtract: Transfers out to other estate bank accounts | | 0 |
| **Cash disbursements** from this account | | 4509.25 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -4509.25 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 720.87 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | X | ❏ |
| ● Bank statement | X | ❏ |
| ● Bank reconcilation | X | ❏ |

WFB Reconciliation
7742 - DIP Acct.

**Account Opened 03/11/2020**

| | |
|---|---|
| Beginning balance on 03/11/202 | $0.00 |
| Checks/Withdrawals (Cleared) | -$35.89 |
| Deposits (Cleared) | $5,266.01 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| Ending Balance on 03/31/2020 | $5,230.12 |
| | |
| Beginning balance on 04/01/202 | $5,230.12 |
| Checks/Withdrawals (Cleared) | -$2,669.75 |
| Deposits (Cleared) | $0.00 |
| Checks/Withdrawals (Uncleared) | -$1,839.50 |
| Deposits (Uncleared) | $0.00 |
| Ending Balance on 04/30/2020 | $720.87 |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No. 20-40163                                          Report Month/Year          Apr-20

Debtor: Robert Allen Auto Group, LLC

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | 0 | 0 | 0 | 0 |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other: | | | | 0 |
| **Total unpaid post-petition taxes** | | | | 0 |

### Payments to Attorneys and Other Professionals (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Maynes Taggart PLLC | Attorney's Fees & Expenses | 0 | 0 | $           15,145.65 |
| | | | | |
| | | | | |

### Payments to Principals of Debtor and Other Insiders (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, advance, draw, bonus, dividend, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### Insurance Coverage Summary

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | N/A | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | United States Liability Insurance Company | 2,500,000 | 8/1/20 | 8/1/20 |
| Vehicle | | | | |
| Other: | | | | |
| Other: | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

| | | | |
|---|---|---|---|
| Case No.: | 20-40163 | Report Month/Year | Apr-20 |
| Debtor: | Robert Allen Auto Group, Inc. | | |

**Accounts Receivable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables | | | | | 0 |
| Post-petition receivables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables | | | | | 0 |
| Other Payables | | | | | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 0 | 0 |
| Number of employees at end of month | 0 | 0 |

**Other Information**

| | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts** Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ❏ | X |
| **Sale of Assets** Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval.* | ❏ | X |
| **Post-Petition Financing** Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ❏ | X |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

# Wells Fargo Simple Business Checking

April 30, 2020 ■ Page 1 of 3



ROBERT ALLEN AUTO GROUP, INC
DEBTOR IN POSSESSION
CH11 CASE # 20-40163 (ID)
9075 STONEY CREEK RD
POCATELLO ID 83204-7242

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $5,230.12 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 2,669.75 |
| **Ending balance on 4/30** | **$2,560.37** |
| Average ledger balance this period | $3,993.69 |

Account number:  [  ] 7742

**ROBERT ALLEN AUTO GROUP, INC
DEBTOR IN POSSESSION
CH11 CASE # 20-40163 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124103799

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

April 30, 2020  ■  Page 2 of 3

**WELLS FARGO**

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/10 | < | Business to Business ACH Debit - Electronic Payme Idapower 200409 Idapwr007521972 Businessrobert Allen M | | 577.58 | 4,652.54 |
| 4/13 | | Purchase authorized on 04/09 Utility Billing on Pocatello.US ID S380100587288067 Card 1349 | | 182.24 | 4,470.30 |
| 4/16 | | Purchase authorized on 04/13 Utility Billing on Pocatello.US ID S460105186676175 Card 1349 | | 182.24 | 4,288.06 |
| 4/20 | | Igc Web Pay 200417 1599001517 Robert Allen Auto Grou | | 136.99 | |
| 4/20 | | Igc Web Pay 200417 9060654885 Robert Allen Auto Grou | | 341.64 | |
| 4/20 | | Igc Web Pay 200417 6579451025 Robert Allen Auto Grou | | 1,244.06 | 2,565.37 |
| 4/30 | | Document Copy Fee | | 5.00 | 2,560.37 |
| **Ending balance on 4/30** | | | | | **2,560.37** |
| **Totals** | | | **$0.00** | **$2,669.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $10.00 | You paid $0.00 |
|------------------------------------|-------------------------------------|----------------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived.
For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|--------------------------------------|------------------|-----------------|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $3,994.00 ☑ |

C1/C1

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|----------------------------|------------|----------------|--------------|-------------------------------------|--------------------------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 4 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

WELLS
FARGO

---

**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
A. The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
B. Any deposits listed in your         $ _____
   register or transfers into          $ _____
   your account which are not          $ _____
   shown on your statement.          + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
C. The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | Total amount  $   |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

Wells Fargo

5/13/20, 6:20 PM

| | |
|---|---|
| **Check Number** | 1002 |
| **Date Posted** | 05/05/20 |
| **Check Amount** | $1,839.50 |





For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender