Steven L. Taggart, ISB No. 8551
Robert J. Maynes, ISB No. 6905
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@maynestaggart.com
       rmaynes@maynestaggart.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 20-40163-JMM |
|---|---|
| ROBERT ALLEN AUTO GROUP, INC. | Chapter 11 |
| Debtor/Debtor-in-Possession. | |

**STIPULATION ALLOWING SALE OF LOTS AND
PROVIDING FOR ESCROWING OF PROCEEDS**

COMES NOW Debtor Robert Allen Group, Inc. (hereafter "Debtor" or "RAAG"), by and through counsel, and Creditor Nissan Motor Acceptance Corporation (hereafter "NMAC"), by and through counsel, and stipulate and agree as follows concerning the Debtor's *Motion to Sell Real Estate and Opportunity to Object and for Hearing* (Dkt. No. 74) ("Sale Motion").

**RECITALS**

A.     On July 8, 2020, Debtor filed the Sale Motion requesting to sell two lots. Dkt. No. 74.

B.     NMAC has a perfected security interest creating a lien on the property at issue in the Sale Motion.

C. NMAC on July 28, 2020 filed *Nissan Motor Acceptance Corporation's Objection to Motion to Sell Real Estate* (Dkt. No. 90)("Objection") asserting NMAC's rights in the property and objecting the Sale Motion.

D. NMAC has agreed to allow the Sale Motion to be granted on the terms set forth in this Stipulation.

E. Debtor and NMAC are in the process of resolving the distribution of the proceeds from the sale of the two lots subject of the Sale Motion.

## **STIPULATION**

1. NMAC withdraws its Objection (Dkt. No. 90) subject to the following terms.

2. NMAC will stipulate to an Order granting Debtor's Sale Motion.

3. NMAC's lien will attach to proceeds from the sale of the two lots subject of the Sale Motion.

4. The parties agree that all net proceeds from the closings referenced in the Sale Motion after payment of real property taxes, commissions and standard costs of sale will be held by the title company pending further agreement between the Debtor and NMAC.


[SPACING IS INTENTIONAL]

HEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO ABOVE TERMS:

MAYNES TAGGART PLLC

<u>/s/ Steven L. Taggart</u>                                       Date:  August 21, 2020
Steven L. Taggart
Counsel for Debtor


SEVERSON & WERSON, P.C.

<u>/s/ Donald H. Cram</u>                                        Date: August 21, 2020
Donald H. Cram
Counsel for Nissan Motor Acceptance
Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2020, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

David W. Newman, Assistant US Trustee - ustp.region18.bs.ecf@usdoj.gov

Elizabeth Lombard, Esq., on behalf of American Express National Bank (Zwicker & Associates, PC) – bknotices@zwickerpc.com

Gary L Rainsdon - trustee@filertel.com, id12@ecfcbis.com; lori@filertel.com; cblackburn@filertel.com; jhancock@filertel.com

Jeff E. Rolig on behalf of Balboa Capital Corporation – jrolig@roliglaw.com

Laurie A. Cayton on behalf of U.S. Trustee US Trustee - laurie.cayton@usdoj.gov

Louis V. Spiker on behalf of US Bank National Association – lvs@magicvalleylaw.com

Mark A. Ellingsen on behalf of Creditor Nissan Motor Acceptance Corporation mae@witherspoonkelley.com, conniem@witherspoonkelley.com; gaylev@witherspoonkelley.com; angelc@witherspoonkelley.com

Matthew T. Christensen on behalf of Robert T. Allen – mtc@angstman.com

Melinda Willden on behalf of U.S. Trustee US Trustee - Melinda.Willden@usdoj.gov

And as otherwise noted on the Court's Notice of Electronic Filing.

I HEREBY CERTIFY FURTHER that on August 21, 2020, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail, including the 20 largest unsecured creditors:

| | |
|---|---|
| Robert Allen Auto Group, Inc.<br>9075 Stoney Creek Rd.<br>Pocatello, ID  83204 | Donald H. Cram, Esq.<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111 |
| Duane M. Geck, Esq.<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111 | Andrew S. Elliott, Esq.<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111 |

American Express c/o Tiffany Maldonado, Esq.
1151 S. Wash. Ave., Ste. 404
Piscataway, NJ  08854

BFS Capital
3301 N. University Dr., Suite 300
Coral Springs, FL  33065

Citi Bank
PO Box 78045
Phoenix, AZ  85062

Great America Financial Services
625 First Street SE, Ste. 800
Cedar Rapids, IA 52401

Robert Allard
307 S. Billings Blvd. #64
Billings, MT  59101

Tyler Allen
316 W. 200 S., Apt. 402
Salt Lake City, UT  84101

VinSolutions
3400 New Hyde Park Rd.
New Hyde Park, NY  11042-1226

Susan K. Edick
3439 Blue Heron St.
Helena, MT  59602

Valley Bank
3030 Montana Ave.
Helena, MT  59601

Angela Allen
9075 Stoney Creek Rd.
Pocatello, ID  83204

Caine & Weiner
2000 Warrington Way, Ste. 150
Louisville, KY  40222

Dani McDonald
1502 Boston Rd.
Helena, MT  59602

Kenneth Edick
3439 Blue Heron St.
Helena, MT  59602

Robert T. Allen
9075 Stoney Creek Rd.
Pocatello, ID  83204

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN  56258

Balboa Capital Corporation
575 Anton Blvd., 12 Floor
Costa Mesa, CA  92626

CenturyLink
PO Box 91155
Seattle, WA  98111

Dealer FX Group Inc.
80 Tiverton Court, Ste. 500
Markham ON L3R 0G4, Canada

Mitsubishi Motor North Am.
6400 Katella Ave.
Cypress, CA  90630

DATED:    August 21, 2020

*/s/ Theresa G. Carson*
Theresa G. Carson
Legal Assistant