UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 20-40163-JMM |
|---|---|
| ROBERT ALLEN AUTO GROUP, INC. | Chapter 11 |
| Debtor/Debtor-in-Possession. | |

**STIPULATED ORDER APPROVING MOTION TO SELL REAL ESTATE**

The Debtor having filed a *Motion to Sell Real Estate and Opportunity to Object and for Hearing* (Dkt. No. 74) ("Sale Motion"), *Nissan Motor Acceptance Corporation's Objection to Motion to Sell Real Estate* (Dkt. No. 90) having been filed and resolved by a Stipulation filed with the Court (Dkt. No. 94), there being no other objection and other good cause appearing:

IT IS HEREBY ORDERED that:

1. The Sale Motion is GRANTED.

2. Nissan Motor Acceptance Corporation's lien will attach to proceeds from the sale of the two lots subject of the Sale Motion.

3. All net proceeds from the closings after payment of real property taxes, commissions and standard costs of sale shall be held by the title company pending further agreement between the Debtor and Nissan Motor Acceptance Corporation.

DATED: August 25, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:
Steven L. Taggart
Maynes Taggart PLLC
Debtor's Counsel

APPROVED AS TO FORM AND CONTENT:

SEVERSON & WERSON, P.C.

| | |
|---|---|
| */s/ Donald H. Cram* | Date: August 21, 2020 |

Donald H. Cram
Counsel for Nissan Motor Acceptance
Corporation