Steven L. Taggart, ISB No. 8551
**MAYNES TAGGART PLLC**
P. O. Box 3005
Idaho Falls, ID 83403
Telephone: (208) 552-6442
Facsimile: (208) 524-6095
Email: staggart@maynestaggart.com

*Debtor's counsel*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 20-40163-JMM |
|---|---|
| ROBERT ALLEN AUTO GROUP, INC. | Chapter 11 |
| Debtor/Debtor-in-Possession. | |

**STIPULATION FOR DISTRIBUTION OF PROCEEDS FROM SALE OF LOTS**

COMES NOW Debtor Robert Allen Group, Inc. (hereafter "Debtor" or "RAAG"), by and through counsel, and Creditor Nissan Motor Acceptance Corporation (hereafter "NMAC"), by and through counsel, and stipulate and agree as follows concerning the distribution of proceeds from Debtor's *Motion to Sell Real Estate and Opportunity to Object and for Hearing* (Dkt. No. 74) ("Sale Motion").

**RECITALS**

A.  On July 8, 2020, Debtor filed the Sale Motion requesting to sell two lots. Dkt. No. 74.

B.  NMAC has a security interest in the property at issue.

C.  NMAC on July 28, 2020 filed *Nissan Motor Acceptance Corporation's Objection to Motion to Sell Real Estate* (Dkt. No. 90)("Objection") asserting NMAC's rights in the property and objecting the Sale Motion.

06888.0266/15547098.1

D.  NMAC and Debtor filed a Stipulation allowing the lots at issue to be sold and the proceeds to be escrowed, pending further agreement.  *Stipulation Allowing Sale of Lots and Providing for Escrowing of Proceeds* (Dkt. No. 94).

E.  Debtor and NMAC have agreed to the following division of the proceeds from the lot sales referenced above.

## STIPULATION

1.  Debtor shall receive $10,000.00 from the net proceeds from the sale of both lots after payment of real property taxes, commissions and standard costs of sale to be used by Debtor to pay insurance and maintenance expenses incurred by the estate related to the remaining real property owned by the Debtor.

2.  The remainder of the proceeds will be turned over by First American Title to NMAC concurrent with the close of escrow.

HEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO ABOVE TERMS:

MAYNES TAGGART PLLC

*/s/ Steven L. Taggart*                             Date: November 2, 2020
Steven L. Taggart
Counsel for Debtor


SEVERSON & WERSON, P.C.

*/s/ Donald H. Cram*                               Date: October 30, 2020
Donald H. Cram
Counsel for Nissan Motor Acceptance
Corporation

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 2, 2020, I filed a copy of the attached pleading with the Court via CM/ECF and the following parties are reflected as receiving the Notice of Electronic Filing as CM/ECF Registered Participants:

PARTIES SERVED:

Christopher P. Slette on behalf of U.S. Bank National Association – efile@magicvalleylaw.com

David W. Newman, Assistant US Trustee - ustp.region18.bs.ecf@usdoj.gov

Elizabeth Lombard on behalf of American Express National Bank (Zwicker & Associates, PC) – bknotices@zwickerpc.com

Gary L Rainsdon - trustee@filertel.com, id12@ecfcbis.com; lori@filertel.com; cblackburn@filertel.com; jhancock@filertel.com

Jeff E. Rolig on behalf of Balboa Capital Corporation – jrolig@roliglaw.com

Jeffrey M. Wilson on behalf of U.S. Bank National Assoc. – jeff@wilsonmccoll.com

Laurie A. Cayton on behalf of U.S. Trustee US Trustee - laurie.cayton@usdoj.gov

Louis V. Spiker on behalf of U.S. Bank National Association – lvs@magicvalley.com

Mark A. Ellingsen on behalf of Creditor Nissan Motor Acceptance Corporation mae@witherspoonkelley.com, conniem@witherspoonkelley.com; gaylev@witherspoonkelley.com; angelc@witherspoonkelley.com

Matthew T. Christensen on behalf of Robert E. Allen – mtc@angstman.com

Melinda Willden on behalf of U.S. Trustee US Trustee - Melinda.Willden@usdoj.gov

And as otherwise noted on the Court's Notice of Electronic Filing.

      I HEREBY CERTIFY FURTHER that on November 2, 2020, I served a copy of the above referenced pleading(s) on the following parties via postage prepaid, first class, U.S. Mail, including the 20 largest unsecured creditors:

Robert Allen Auto Group, Inc.  
9075 Stoney Creek Rd.  
Pocatello, ID  83204

Donald H. Cram, Esq.  
Severson & Werson, P.C.  
One Embarcadero Center, Suite 2600  
San Francisco, CA. 94111

STIPULATION FOR DISTRIBUTION OF PROCEEDS FROM SALE OF LOTS  
Page 3

| | |
|---|---|
| Duane M. Geck, Esq. | Andrew S. Elliott, Esq. |
| Severson & Werson, P.C. | Severson & Werson, P.C. |
| One Embarcadero Center, Suite 2600 | One Embarcadero Center, Suite 2600 |
| San Francisco, CA 94111 | San Francisco, CA 94111 |

DATED:    November 2, 2020

*/s/ Theresa G. Carson*
Theresa G. Carson
Legal Assistant