## CHAPTER 11 MONTHLY OPERATING REPORT

| | | | |
|---|---|---|---|
| Case No. | 20-40163 | Report Month/Year | Oct-20 |
| Debtor | Robert Allen Auto Group | | |

This report is due 21 days after the end of the month.  Debtor must attach each of the required forms or documents unless the U.S. Trustee has waived the requirement.  The report must be filed with the Court.

| The debtor has provided the following with this monthly operating report: | | Yes | No |
|---|---|---|---|
| UST-2A | **Comparative Balance Sheet** | X | ❏ |
| UST-2B | **Comparative Income Statement** | X | ❏ |
| UST-2C | **Cash Receipts and Disbursements Statement** | X | ❏ |
| | **UST-2C Continuation Sheet for Each Account** | X | ❏ |
| | **Detailed List of Receipts and Disbursements for Each Account** | X | ❏ |
| | **Bank Statement for Each Account** | X | ❏ |
| | **Bank Reconciliation for Each Account** | X | ❏ |
| UST-2D | **Supplemental Information** | X | ❏ |

*I declare under penalty of perjury that this Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Date: 11-16-2020

Name: Robert Allen
Signature:
Title: President

**CHAPTER 11, SUBCHAPTER V MONTHLY OPERATING REPORT - COMPARATIVE BALANCE SHEET**

| | |
|---|---|
| Case No.    20-40163 | Report Month/Year    Oct-20 |
| Debtor    Robert Allen Auto Group, Inc. | |

| | Current Month | Petition Date |
|---|---|---|
| **ASSETS** | | |
| Current Assets: | | |
| Cash | $ 0.23 | $ 0.00 |
| Accounts Receivable | | 0.00 |
| Inventory | | |
| Other Current Assets :(List) | | |
| | | |
| Total Current Assets | 0.23 | 0.00 |
| | | |
| Fixed Assets: | | |
| Land | | |
| Building | 4,300,000.00 | 4,300,000.00 |
| Equipment, Furniture and Fixtures | 12,279.03 | 12,279.03 |
| Total Fixed Assets | 4,312,279.03 | 4,312,279.03 |
| Less:  Accumulated Depreciation | ( | ) |
| Net Fixed Assets | 4,312,279.03 | 4,312,279.03 |
| | | |
| Other Assets (List):   **Litigation Claims - UNKNOWN $** | * Unknown | Unknown |
| | | |
| **TOTAL ASSETS** | $ 4,312,279.26 | $ 4,312,279.03 |
| | | |
| **LIABILITIES** | | |
| Post-petition Trade Accounts Payable | $ | $ |
| Post-petition Accrued Professional Fees | | |
| Post-petition Taxes Payable | | |
| Post-petition Notes Payable | | |
| Other Post-petition Payables (List): | | |
| | | |
| Total Post Petition Liabilities | 0.00 | 0.00 |
| | | |
| Pre Petition Liabilities: | | |
| Secured Debt | 87,231.17 | 87,231.17 |
| Priority Debt | 51,000.00 | 51,000.00 |
| Unsecured Debt | 1,959,696.72 | 1,959,696.72 |
| Total Pre Petition Liabilities | 2,097,927.89 | 2,097,927.89 |
| **TOTAL LIABILITIES** | 2,097,927.89 | 2,097,927.89 |
| | | |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | | |
| Retained Earnings - Prepetition | | |
| Retained Earnings - Post-petition | | |
| **TOTAL OWNERS' EQUITY** | 0.00 | 0.00 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 2,097,927.89 | $ 2,097,927.89 |

*Explain any significant changes on Form UST-2D, Supplemental Information*

**CHAPTER 11 MONTHLY OPERATING REPORT - COMPARATIVE INCOME STATEMENT**

| | |
|---|---|
| Case No.    20-40163 | Report Month/Year    Oct-20 |
| Debtor    Robert Allen Auto Group, Inc. | |

| | Current Month | Total Post-Petition |
|---|---|---|
| **GROSS SALES/REVENUE** | $                    0 | $                    0 |
| **Miscellaneous Income** | 75.00 | 1336.40 |
| Less:  Discounts, Returns and Allowances | | |
| Net Sales/Revenue | 75.00 | 1336.40 |
| Cost of Sales: | | |
| Beginning Inventory                    $ | | |
| Add:  Purchases | | |
| Less:  Ending Inventory                    ( ) | | |
| Cost of Goods Sold | 0 | |
| **GROSS PROFIT** | $                75.00 | $            1336.40 |
| | | |
| Operating Expenses: | | |
| Officers' Salaries | | |
| Other Salaries | | |
| Employee Benefits/Payroll Taxes | | |
| Insurance | | |
| Rent and Lease Payments | | |
| Other (list):    Monthly Service Fee (Bank) | 45.00 | 113.89 |
| Utilities | 421.89 | 4885.8 |
| Insurance | | 1839.50 |
| Total Operating Expenses | 466.89 | 4999.69 |
| **OPERATING INCOME (LOSS)** | $            -391.89 | $          -3663.29 |
| | | |
| Add:  Other Income | | 115.16 |
| Less:  Interest Expense | | |
| Less:  Professional Fees and Other Reorganization Expenses | | |
| Other Adjustments to Income (explain)  (Closed acct., Redemptions) | | 4912.86 |
| Gain (Loss) on Sale of Assets | | |
| **NET INCOME (LOSS) BEFORE TAXES** | $            -391.89 | $            1364.73 |
| | | |
| Income Tax Expense (Benefit) | | |
| **NET INCOME (LOSS)** | $            -391.89 | $            1364.73 |

**CHAPTER 11 MONTHLY OPERATING REPORT -
CASH RECEIPTS AND DISBURSEMENTS STATEMENT**

Case No.          20-40163                                Report Month/Year          Oct-20

Debtor            Robert Allen Auto Group, Inc.

|  | Current Month | Total Post-Petition |
|---|---|---|
| **SUMMARY** | | |
| **Beginning cash balance, per Debtor's books (all acccounts)** $ | 392.12 | $ |
| **Total cash receipts** | 75.00 | 6724.26 |
| (from UST-2C continuation sheets) | | |
| | | 0 |
| **Total cash disbursements** | 466.89 | 6834.43 |
| from (UST-2C continuation sheets) | | |
| **Net cash flow** $ | -391.89 | -110.17 |
| (Total cash receipts less total cash disbursements) | | |
| **Ending cash balance, per Debtor's books (all accounts)** $ | 0.23 | $ -110.17 |

*Attach a UST-2C continuation sheet for each bank account and for any petty cash account.*

## CHAPTER 11 MONTHLY OPERATING REPORT -
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT-Continuation Sheet

Case No.         20-40163                                    Report Month/Year        Oct-20
Debtor           Robert Allen Auto Group, Inc.

Prepare this CONTINUATION SHEET for each bank account and attach supporting documents as indicated on the checklist below.

**Depository (bank) name:**        Wells Fargo Bank
**Account number:**                    ****7742

| | | |
|---|---|---:|
| **Beginning cash balance, per Debtor's books** | $ | 392.12 |
| Add:    Transfers in from other estate bank accounts | | 0 |
|         Cash receipts deposited to this account | | 75.00 |
| Subtract:    Transfers out to other estate bank accounts | | 0 |
|         **Cash disbursements** from this account | | 466.89 |
| Adjustments, if any (explain) | | |
| **Net cash flow** | $ | -391.89 |
| (receipts and transfers in less disbursements and transfers out) | | |
| **Ending cash balance, per Debtor's books** | $ | 0.23 |
| (beginning balance plus net cash flow) | | |

| Does this CONTINUATION SHEET include the following supporting documents? | Yes | No |
|---|:---:|:---:|
| ● Detailed list of receipts and disbursements | X | ❏ |
| ● Bank statement | X | ❏ |
| ● Bank reconcilation | X | ❏ |

WFB Reconciliation
7742 - DIP Acct.

**Account Opened 03/11/2020**

| | |
|---|---|
| Beginning balance on 03/11/202 | $0.00 |
| Checks/Withdrawals (Cleared) | -$35.89 |
| Deposits (Cleared) | $5,266.01 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 03/31/2020** | **$5,230.12** |

| | |
|---|---|
| Beginning balance on 04/01/202 | $5,230.12 |
| Checks/Withdrawals (Cleared) | -$2,669.75 |
| Deposits (Cleared) | $0.00 |
| Checks/Withdrawals (Uncleared) | -$1,839.50 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 04/30/2020** | **$720.87** |

| | |
|---|---|
| Beginning Balance on 5/1/2020 | $720.87 |
| Checks/Withdrawals (Cleared) | -$460.28 |
| Deposits (Cleared) | $46.85 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 05/31/2020** | **$307.44** |

| | |
|---|---|
| Beginning Balance on 6/1/2020 | $307.44 |
| Checks/Withdrawals (Cleared) | -$190.09 |
| Deposits (Cleared) | $115.16 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 06/30/2020** | **$232.51** |

| | |
|---|---|
| Beginning Balance on 7/1/2020 | $232.51 |
| Checks/Withdrawals (Cleared) | -$185.33 |
| Deposits (Cleared) | $50.00 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 07/31/2020** | **$97.18** |

| | |
|---|---|
| Beginning Balance on 8/1/2020 | $97.18 |
| Checks/Withdrawals (Cleared) | -$177.48 |
| Deposits (Cleared) | $1,200.00 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 08/31/2020** | **$1,119.70** |

| | |
|---|---|
| Beginning Balance on 9/1/2020 | $1,119.70 |
| Checks/Withdrawals (Cleared) | -$813.98 |
| Deposits (Cleared) | $86.40 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 09/30/2020** | **$392.12** |

| | |
|---|---|
| Beginning Balance on 10/1/2020 | $392.12 |
| Checks/Withdrawals (Cleared) | -$466.89 |
| Deposits (Cleared) | $75.00 |
| Checks/Withdrawals (Uncleared) | $0.00 |
| Deposits (Uncleared) | $0.00 |
| **Ending Balance on 10/31/2020** | **$0.23** |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No. 20-40163                                                              Report Month/Year          Oct-20
Debtor:  Robert Allen Auto Group, LLC

**Reconciliation of Unpaid Post-Petition Taxes**

| Type of tax | 1<br>Unpaid post-petition taxes from prior reporting month | 2<br>Post-petition taxes accrued this month (new obligations) | 3<br>Post-petition tax payments made this reporting month | 4<br>Unpaid post-petition taxes at end of reporting month (col. 1+2-3) |
|---|---|---|---|---|
| **Federal** | 0 | 0 | 0 | 0 |
| Employee income tax withheld | | | | 0 |
| Employee FICA taxes withheld | | | | 0 |
| Employer FICA taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **State** | | | | |
| Sales, use & excise taxes | | | | 0 |
| Unemployment taxes | | | | 0 |
| Other: | | | | 0 |
| **Local** | | | | |
| Personal property taxes | | | | 0 |
| Real property taxes | | | | 0 |
| Other: | | | | 0 |
| Total unpaid post-petition taxes | | | | 0 |

**Payments to Attorneys and Other Professionals** (requires court approval)

| Professional's name | Type of services | Amount paid this month | Date of court approval | Balance unpaid at end of month, net of retainer |
|---|---|---|---|---|
| Maynes Taggart PLLC | Attorney's Fees & Expenses | 0 | 0 | $             31,151.10 |
| | | | | |
| | | | | |

**Payments to Principals of Debtor and Other Insiders** (includes officers, directors, shareholders, partners, members, relatives, etc.)

| Payee's name | Position with or relationship to Debtor | Amount paid this month | Purpose of payment (e.g., wages or salary, expense reimbursement, loan repayment, advance, draw, bonus, dividend, etc.) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Insurance Coverage Summary**

| Type of insurance | Insurance carrier | Amount of coverage | Policy expiration date | Premium paid through date |
|---|---|---|---|---|
| Workers' compensation | N/A | | | |
| General liability | | | | |
| Property (fire, theft, etc.) | United States Liability Insurance Company | 2,500,000 | 11/1/20 | 11/1/20 |
| Vehicle | | | | |
| Other: | | | | |
| Other: | | | | |
| *If any policies were renewed or replaced during reporting period, attach new certificate of insurance.* | | | | |

**CHAPTER 11 MONTHLY OPERATING REPORT - SUPPLEMENTAL INFORMATION**

Case No.:        20-40163                                     Report Month/Year     Oct-20
Debtor:          Robert Allen Auto Group, Inc.

**Accounts Receivable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Pre-petition receivables |  |  |  |  | 0 |
| Post-petition receivables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Post-Petition Accounts Payable Aging Summary** (attach detailed aging report)

|  | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
|---|---|---|---|---|---|
| Trade Payables |  |  |  |  | 0 |
| Other Payables |  |  |  |  | 0 |
| Total | 0 | 0 | 0 | 0 | 0 |

**Personnel Changes**

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 0 | 0 |
| Number of employees at end of month | 0 | 0 |

**Other Information**

|  | Yes | No |
|---|---|---|
| **Payment of Pre-Petition Debts**<br>Did Debtor pay any unsecured pre-petition debts during the reporting month? *If yes, attach a detailed explanation including the payee, amount paid, and date of court approval.* | ❏ | X |
| **Sale of Assets**<br><br>Did Debtor, or another party on behalf of Debtor, sell, transfer, or otherwise dispose of any assets outside of the ordinary course of Debtor's business during the reporting month? *If yes, attach a report of sale or settlement statement, or detailed explanation including description of asset sold, purchase, sale price, net proceeds received, and date of court approval.* | ❏ | X |
| **Post-Petition Financing**<br>Did Debtor borrow any money outside of the ordinary course of business during the reporting month? *If yes, attach a detailed explanation including the name of the lender, the amount borrowed, and the date of court approval.* | ❏ | X |

**Narrative**

*Provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period; any unusual or non-recurring accounting transactions that are reported in the financial statements; any significant changes in the financial condition of the debtor; and any progress made toward confirmation of a plan during the month.*

# Wells Fargo Simple Business Checking

October 31, 2020 ■ Page 1 of 5



ROBERT ALLEN AUTO GROUP, INC
DEBTOR IN POSSESSION
CH11 CASE # 20-40163 (ID)
9075 STONEY CREEK RD
POCATELLO ID 83204-7242

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (113)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $392.12 |
| Deposits/Credits | 75.00 |
| Withdrawals/Debits | - 466.89 |
| **Ending balance on 10/31** | **$0.23** |
| Average ledger balance this period | $187.06 |

Account number:  ▮▮▮▮7742

**ROBERT ALLEN AUTO GROUP, INC
DEBTOR IN POSSESSION
CH11 CASE # 20-40163 (ID)**

*Idaho account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  124103799

For Wire Transfers use
Routing Number (RTN):  121000248

October 31, 2020 ■ Page 2 of 5

**WELLS FARGO**

---

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 10/15 | < | Business to Business ACH Debit - Electronic Payme Idapower 201014 Idapwr008544485 Businessrobert Allen M | | 246.56 | 145.56 |
| 10/16 | | Overdraft Fee for a Transaction Posted on 10/15 $246.56 Electronic Payme Idapower 201014 Idapwr008544 485 Businessrobert Allen M | | 35.00 | |
| 10/16 | | Edeposit IN Branch/Store 10/16/20 12:33:31 Pm 950 Yellowstone Ave Pocatello ID | 75.00 | | |
| 10/16 | | Purchase authorized on 10/14 Utility Billing on 208-2346241 ID S460289194818315 Card 1349 | | 175.33 | 10.23 |
| 10/30 | | Monthly Service Fee | | 10.00 | 0.23 |
| **Ending balance on 10/31** | | | | | **0.23** |
| **Totals** | | | **$75.00** | **$466.89** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

---

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2020 - 10/31/2020 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $187.00 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

C1/C1

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**IMPORTANT ACCOUNT INFORMATION:**



**Your Wells Fargo Simple Business Checking account is changing.**

Effective November 9, 2020, the name of your account will change to Initiate Business Checking (SM). Other changes to your account are listed below.

**Effective with the fee period beginning after October 8, 2020,**        the $10 monthly service fee can be avoided with ONE of the following options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,**        other features of your account will change:

- Your account will include more Transactions at no charge, increasing from 50 to 100 each fee period. The fee for Transactions over 100 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.
- Your account will include more Cash Deposits Processing at no charge, increasing from $3,000 to $5,000 each fee period. The fee for Cash Deposits Processed over $5,000 remains at $0.30 per $100 deposited.

**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

# ✔ IMPORTANT ACCOUNT INFORMATION



Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

_____

IMPORTANT ACCOUNT INFORMATION

**Regulation D and Wells Fargo withdrawal and transfer restrictions on all savings accounts have been discontinued.**

The Federal Reserve Board recently removed Regulation D's six transaction limit on certain withdrawals and transfers from savings accounts, and allowed banks to suspend enforcement of that limit at each bank's discretion. Your Deposit Account Agreement states



that both Regulation D and Wells Fargo limit certain types of withdrawals and transfers from a savings account to a combined total of six per monthly fee period. This message is to advise you that these limits were removed in May 2020. We have also discontinued charging the related excess activity fees, and have ceased account conversions and account closures related to the six withdrawal or transfer limit.

While it will take a period of time to update our disclosures and other materials, the changes described above apply to your account immediately and allow you to make withdrawals and transfers, including online and mobile, from your savings account without regard to the previous limit of six transactions. If you have any questions about your account, please call the phone number at the top of your statement or visit your Wells Fargo branch.



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your     $ _____
register or transfers into     $ _____
your account which are not     $ _____
shown on your statement.     + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801