UNITED STATES
BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: | Case No. 20-40163-JMM |
| ROBERT ALLEN AUTO GROUP, INC. | Chapter 11 |
| Debtor/Debtor-in-Possession. | |

**NOTICE OF HEARING ON DISCLOSURE STATEMENT (DKT. NO. 116)**
**FILED BY DEBTOR-IN-POSSESSION**
**And**
**NOTICE TO CREDITORS FOR COPIES OF PLAN (DKT. NO. 115)**
**AND DISCLOSURE STATEMENT (DKT. NO. 116)**

**TO THE DEBTOR-IN-POSSESION,**
**ALL CREDITORS, AND OTHER PARTIES IN INTEREST:**

YOU ARE HEREBY NOTIFIED that the Debtor in Possession has filed a proposed Disclosure Statement containing information concerning the Debtor in possession, an explanation of the Plan of Reorganization, a brief explanation of the business activities and financial information.

YOU ARE FURTHER NOTIFIED that a hearing to determine whether such statement contains adequate information as required by Section 1125 of Title 11 United States Code, will be held before the US Bankruptcy Judge Joseph M. Meier at the United States Courthouse, on **February 3, 2021 at 10:00 a.m.** via telephonic conference as follows:

> 1-877-336-1829
> Access Code:  5781287#
> Security Code: 1234#

Written objections and/or proposed modifications to the Disclosure Statement must be filed not less than seven (7) days prior to the time set for hearing.

YOU ARE FURTHER NOTIFIED that copies of the proposed Plan and Disclosure Statement are on file with the Court and available to you for inspection. Requests for copies of the Plan and Disclosure Statement should be directed to the plan proponent; name and address as follows:

Name:        Steven L. Taggart
Address:     PO Box 3005, Idaho Falls, ID  83403
Phone:       (208) 552-6442

There are 25 pages in the proposed Disclosure Statement and 26 pages in the proposed Plan.

YOU ARE FURTHER NOTIFIED that if the Disclosure Statement is approved by the Court, a copy of the Order will be provided to all parties in interest along with the proposed Plan of reorganization.

YOU ARE FURTHER NOTIFIED that the hearing upon the adequacy of the Disclosure Statement may be adjourned from time to time by announcement made in open court without further written notice to parties in interest.

DATED:      January 4, 2021

MAYNES TAGGART PLLC


*/s/ Steven L. Taggart, Esq.*
Steven L. Taggart

United States Bankruptcy Court

District of Idaho

In re:                                                                                          Case No. 20-40163-JMM

Robert Allen Auto Group, Inc.                                                                   Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0976-4 | User: klemmon | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: pdf042 | Total Noticed: 215 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Allen Auto Group, Inc., 9075 Stoney Creek Rd., Pocatello, ID 83204-7242 |
| aty | + | Duane M Geck, Severson & Werson, P.C., One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715 |
| aty | + | Robert J. Maynes, P.O. Box 3005, Idaho Falls, ID 83403-3005 |
| aty | + | Steven L Taggart, Maynes Taggart PLLC, P.O. Box 3005, Idaho Falls, ID 83403-3005 |
| cr | + | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | + | Balboa Capital Corporation, C/o Jeffrey E. Rolig, PO Box 5455, Twin Falls, ID 83303-5455 |
| r | + | Greg Johnston, Keller Williams Realty East Idaho, 3525 Merlin Drive, Idaho Falls, ID 83404-4952 |
| cr | #+ | Robert E Allen, 2866 Hunter's Loop #601, Blackfoot, ID 83221-6208 |
| cr | + | U.S. Bank National Association, Worst, Stover, Gadd & Spiker, P.L.L.C., P.O. Box 1544, Boise, ID 83701-1544 |
| 5106831 | + | Advanced Auto Parts, PO Box 404875, Atlanta, GA 30384-4875 |
| 5115949 | + | Airgas USA, LLC, Central Business Div., 110 W. 7th, Tulsa, OK 74119-1031 |
| 5106832 | + | All Florida Towing, 1107 Old Dixie Highway, West Palm Beach, FL 33403-2311 |
| 5106833 | | AllData, PO Box 848379, Dallas, TX 75284-8379 |
| 5106834 | + | Alldata Automotive Intell., 9650 W. Taron Dr. Ste. 100, Elk Grove, CA 95757-8197 |
| 5106835 | | Allen Maxwell Silver, PO Box 450, Fair Lawn, NJ 07410 |
| 5106836 | + | Altus Receivables Mngmt., 2400 Veterans Memorial Blvd., Suite 300, Kenner, LA 70062-8725 |
| 5106841 | + | AmeriPride, 403 Main Ave. West, Twin Falls, ID 83301-5911 |
| 5106837 | | American Express, c/o Tiffany Maldonado, Esq., 1551 S. Wash. Ave. Ste 404, Piscataway, NJ 08854 |
| 5107012 | + | American Express National Bank, c/o Zwicker Associates, P.C., 80 Minuteman Road Po Box 9043, Andover, MA 01810-0943 |
| 5112699 | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5106838 | + | American Express Travel, Related Services Co., Inc., 200 Vesey Street, New York, NY 10285-1000 |
| 5119909 | + | American Express Travel Related Services Co., Inc., c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 5106839 | + | American Tire Dist., PO Box 889, Huntersville, NC 28070-0889 |
| 5106840 | + | American Tire Dist., 1815 S. 4650 W., Salt Lake City, UT 84104-5317 |
| 5106843 | | Amtrust North America, PO Box 6939, Cleveland, OH 44101-1939 |
| 5106845 | + | Andrew S. Elliott, Esq., One Embarcadero Center,, Suite 2600, San Francisco, CA 94111-3715 |
| 5106846 | + | Angela Allen, 9075 Stone Creek Rd., Pocatello, ID 83204-7242 |
| 5106847 | + | AutoZone, 780 Yellowstone, Pocatello, ID 83201-4407 |
| 5106848 | | AutoZone, Inc., PO Box 791409, Baltimore, MD 21279-1409 |
| 5106849 | | AutoZone, Inc., PO Box 116067, Atlanta, GA 30368-6067 |
| 5106850 | + | Balboa Capital, 575 Anton Blvd. 12th Floor, Costa Mesa, CA 92626-7685 |
| 5106851 | + | Balboa Capital Corp., 2010 Main St., Ste. 1100, Irvine, CA 92614-8250 |
| 5106852 | + | Balboa Capital Corp., 5775 Enterprise, Warren, MI 48092-3463 |
| 5106854 | + | Bank of America N.A., 9000 Southside Blvd., FL9-600-01-57, Jacksonville, FL 32256-0793 |
| 5106855 | | Bank of West, 574 Sansome St. 19th Floor, San Francisco, CA 94111 |
| 5106856 | + | Bannock County Treasurer, 624 E. Center St., Rm. 203, Pocatello, ID 83201-6274 |
| 5106857 | #+ | Barr Credit Services, 5151 E. Broadway Blvd., Suite 800, Tucson, AZ 85711-3775 |
| 5106858 | + | Battery Systems, 12322 Monarch St., Garden Grove, CA 92841-2909 |
| 5106859 | + | Beaverton Infiniti, PO Box 728, Beaverton, OR 97075-0728 |
| 5106860 | + | Benedetto Law Group, 2372 Morse Ave. Suite 130, Irvine, CA 92614-6234 |

District/off: 0976-4                                    User: klemmon                                    Page 2 of 6
Date Rcvd: Jan 04, 2021                                 Form ID: pdf042                                  Total Noticed: 215

| | | |
|---|---|---|
| 5106863 | | Blaize, Inc., 704 332nd. NE, Great Falls, MT 59404 |
| 5115950 | + | Brian J. Ferber, Esq., 5611 Fallbrook Ave., Woodland Hills, CA 91367-4243 |
| 5106878 | | CHS Inc., PO Box 64745, Saint Paul, MN 55164-0745 |
| 5106879 | | CHS, Inc., 5500 Cenex Drive, Inver Grove Heights, MN 55077-1721 |
| 5106880 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Citi Bank, PO Box 78045, Phoenix, AZ 85062 |
| 5106867 | + | Caine Weiner, 2000 Warrington Way, Louisville, KY 40222-6467 |
| 5106866 | + | Caine Weiner, 2000 Warrington Way, Ste 150, Louisville, KY 40222-6467 |
| 5106869 | + | Capital One, 7933 Preston Rd., Plano, TX 75024-2359 |
| 5106870 | | Card Service Center, PO Box 569100, Dallas, TX 75356-9100 |
| 5106872 | + | Carquest Auto, PO Box 404875, Atlanta, GA 30384-4875 |
| 5106873 | | Cenex Fleet Fueling, PO Box 64127, Saint Paul, MN 55164-0127 |
| 5106874 | | Cenex Voyager Fleet, PO Box 64745, Saint Paul, MN 55164-0745 |
| 5123789 | + | Centurylink Communications, LLC dba CenturyLink, Attn: CenturyLink Communications, LLC -, 1025 EL Dorado Blvd, Broomfield, CO 80021-8254 |
| 5106877 | + | Chemwest LLC, 250 S. Blvd. Suite B, Idaho Falls, ID 83402-4811 |
| 5115951 | + | City-County Sanitation, 3630 York Rd., Helena, MT 59602-6417 |
| 5106882 | + | CoreLogic Credco LLC, 10277 Scripps Ranch Blvd., San Diego, CA 92131-1273 |
| 5106881 | + | Corelogic Credco LLC, PO Box 847070, Dallas, TX 75284-7070 |
| 5106883 | + | Corporate Fleet Auto Express, PO Box 174, Springdale, WA 99173-0174 |
| 5106884 | #+ | Cottonwood Motors, Inc., 50 E. Central Ave., Salt Lake City, UT 84107-1537 |
| 5106885 | + | Credit Protectoin Assoc. LP, 2500 Dallas Pkwy, Suite 500, Plano, TX 75093-4805 |
| 5106886 | | Cuna Mutual Group, PO Box 391, Madison, WI 53701-0391 |
| 5115406 | + | DIRECT AUTOMOTIVE DISTRIBUTING, PO BOX 9129, SPOKANE, WA 99209-9129 |
| 5106887 | + | Dani McDonald, 1502 Boston Rd., Helena, MT 59602-7332 |
| 5106888 | + | Dash Designs, 615 W. Knox Rd., Tempe, AZ 85284-3803 |
| 5106889 | + | Dealer Dot Com, PO Box 936711, Atlanta, GA 31193-6711 |
| 5106890 | | Dealer-FX Group Inc., 80 Tiverton Court, Ste. 500, Markham ON L3R 0G4, Canada |
| 5106891 | + | Dealer-FX Group, Inc., c/o T60122U, PO Box 66512, Chicago, IL 60666-0469 |
| 5106892 | + | Dealersocket, PO Box 843876, Los Angeles, CA 90084-3876 |
| 5106893 | + | Dealertrack, PO Box 6129, New York, NY 10249-6129 |
| 5106895 | + | Demarios, Inc., dba Demarios Buick GMC Truck, PO Box 8539, Missoula, MT 59807-8539 |
| 5106896 | + | Diligenz, Inc., 6500 Harbour Heights Pkwy, Suite 400, Mukilteo, WA 98275-4889 |
| 5106897 | + | Direct Automotive Dist., PO Box 9129, Spokane, WA 99209-9129 |
| 5106898 | | Direct Automotive Distrib., 2775 E. 14th North, Idaho Falls, ID 83406 |
| 5106899 | + | Divine Film Solutions, 35 Mountain Dr., Pocatello, ID 83204-4724 |
| 5124596 | + | Donald H. Cram, Severson & Werson, A Professional C, One Embarcadero Center, Suite 2600, San Francsico, CA 94111-3715 |
| 5106900 | | Eastern Commercial Credit, PO Box 340102, Dayton, OH 45434-0102 |
| 5115953 | | Emerald Services, Inc., PO Box 382066, Pittsburgh, PA 15250-8066 |
| 5106901 | | Enterprise Holdings, PO Box 804914, Kansas City, MO 64180-4914 |
| 5106904 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 5106903 | + | FedEx, 3965 Airways Blvd., Module G, 4th Floor, Memphis, TN 38116-5017 |
| 5106902 | | FedEx, PO Box 94515, Palatine, IL 60094-4515 |
| 5106905 | + | First American Payment Sys., 100 Throckmorton, Ste. 1800, Fort Worth, TX 76102-2802 |
| 5106908 | | First Bankcard, PO Box 3331, Omaha, NE 68103-0331 |
| 5106907 | | First Bankcard, PO Box 2818, Omaha, NE 68103-2818 |
| 5106906 | | First Bankcard, PO Box 2457, Omaha, NE 68103-2457 |
| 5106909 | + | First Data Global Leasing, PO Box 173845, Denver, CO 80217-3845 |
| 5106910 | + | Fisher's Technology, 575 E. 42nd Street, Garden City, ID 83714-6322 |
| 5106911 | + | Fitech, 301 Commerce St., Ste. 1400, Fort Worth, TX 76102-4114 |
| 5106913 | + | Flying M Machine Fab., 3148 East Lyndale Ave., Helena, MT 59601-6445 |
| 5106914 | | GB Collects, LLC, 1253 Haddonfield Berlin Rd., Voorhees, NJ 08043-4847 |
| 5118259 | ++ | GREATAMERICA FINANCIAL SERVICES CORPORATION, PO BOX 609, CEDAR RAPIDS IA 52406-0609 address filed with court:, GreatAmerica Financial Services Corporation, ATTN: Peggy Upton, 625 First St SE, Ste 800, Cedar Rapids, IA 52401 |
| 5106915 | | General Distributing Co., PO Box 2606, Great Falls, MT 59403-2606 |
| 5106916 | + | Glacier Family of Banks, 49 Commons Loop, Kalispell, MT 59901-2679 |
| 5106917 | + | Golden West Enterprises, 1740 Holmes Ave., Butte, MT 59701-3515 |
| 5106918 | + | Great America Financial Serv, 625 First Street SE Ste. 800, Cedar Rapids, IA 52401-2031 |
| 5106919 | | Great America Financial Serv, PO Box 609, Cedar Rapids, IA 52406-0609 |
| 5106920 | + | Green Mewdow Auto Salvage, 7313 Green Meadow Drive, Helena, MT 59602-9381 |
| 5106921 | + | Hansen Janitorial, 410 South 1st., Pocatello, ID 83201-6447 |
| 5106923 | + | Helena Towing Service, LLC, PO Box 5057, Helena, MT 59604-5057 |
| 5135265 | + | IT&M Division, Inc., PO Box 5868, Helena, MT 59604-5868 |

District/off: 0976-4    User: klemmon    Page 3 of 6
Date Rcvd: Jan 04, 2021    Form ID: pdf042    Total Noticed: 215

| 5106924 | + | Idaho Dpt. of Transportation, Revenue Operations, PO Box 34, Boise, ID 83707-0034 |
| 5106927 | + | Ireland Bank, PO Box 569100, Dallas, TX 75356-9100 |
| 5106928 | + | Jackson Murdo Grant PC, 203 North Ewing Street, Helena, MT 59601-4202 |
| 5106929 | + | Jaguar Land Rover, Downtown Salt Lake, 150 E. 500 S., Salt Lake City, UT 84111-3216 |
| 5106930 | + | Jasons Auto Glass, 1051 Sawtooth, Pocatello, ID 83202-2608 |
| 5106931 | | Jonathan Neil Assoc., Inc., 17 West Main St., Suite 304, Freehold, NJ 07728 |
| 5122550 | | KXLF #1036, PO Box 35146, Seattle, WA 98124-5146 |
| 5106933 | + | Ken Garff Jaguar, 150 E. 500 So., Salt Lake City, UT 84111-3216 |
| 5106934 | + | Ken Garff MB, 575 S. State, Salt Lake City, UT 84111-3521 |
| 5106935 | | Ken Garff Nissan, 777 SW Temple, Salt Lake City, UT 84101 |
| 5106936 | + | Ken Garff VW, 195 E. University, Orem, UT 84058-7687 |
| 5106937 | + | Kengroff Williams, Inc., PO Box 4155, Sarasota, FL 34230-4155 |
| 5107005 | + | Kengroff Williams, Inc., 2099 S State College Blvd #300, Anaheim, CA 92806-6149 |
| 5106938 | + | Kengroff Williams, Inc., 2099 S. State College Blvd., Ste. 300, Anaheim, CA 92806-6149 |
| 5106939 | + | Kenneth Edick, 3439 Blue Heron St., Helena, MT 59602-0534 |
| 5106940 | + | Kingdom Keys, 1050 E. Center, Pocatello, ID 83201-5286 |
| 5106947 | + | LKQ Eastern Idaho, PO Box 742922, Los Angeles, CA 90074-2922 |
| 5106948 | + | LKQ of Eastern Idaho, 5497 S. 5th Ave., Pocatello, ID 83204-2232 |
| 5106949 | + | LKQ/Keystone-West Region-W3, 11355 Dismantle Court, Rancho Cordova, CA 95742-6808 |
| 5106950 | | LLC CenturyLink Com., Business Services, PO Box 52187, Phoenix, AZ 85072-2187 |
| 5106941 | + | Lamar of Billings, MT, 7505 Entryway Dr., Billings, MT 59101-6227 |
| 5106942 | + | Larry Miller Chev, 5500 S. State, Murray, UT 84107-6031 |
| 5106943 | + | Larry Miller Luxury, 5686 State Street, Salt Lake City, UT 84107-6179 |
| 5106946 | + | Lithia Motors, PO Box 1268, Pocatello, ID 83204-1268 |
| 5106957 | + | MTADA, 501 N. Sanders, Helena, MT 59601-4552 |
| 5106951 | + | Mark A. Ellingsen, Esq., Spokesman Reivew Building, 608 Northwest Blvd. Ste. 300, Coeur D Alene, ID 83814-2174 |
| 5106952 | + | Mercedes Benz Draper, 11548 S. Lone Peak Prkway., Draper, UT 84020-6891 |
| 5106953 | + | Mercedes of Farmington, 555 W. Bourne Cir., Farmington, UT 84025-3653 |
| 5124520 | + | Michelle H. Vanisko, Hinshaw & Vanisko, PLLC, 1 N. Last Chance Gulch, Ste. 1, Helena, MT 59601-4141 |
| 5121468 | + | Milford Casualty Insurance, 800 Superior Ave. East 21st Floor, Cleveland, OH 44114-2613 |
| 5106955 | + | Mitsubishi Motors North America, 6400 Katella Ave., Cypress, CA 90630-5208 |
| 5106956 | + | Moncur Distribution, 2835 E. Morningside Dr., Idaho Falls, ID 83402-4623 |
| 5106958 | + | Mygrant Glass Company Inc., c/o Jonathan Neil & Assoc., 18321 Ventura Blvd, Ste 1000, Tarzana CA 91356-4255 |
| 5106959 | + | NAPA Auto Parts, PO Box 1425, Twin Falls, ID 83303-1425 |
| 5106962 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan Motor Accept. Corp., 8900 Freeport Parkway, Irving, TX 75063 |
| 5106966 | + | NMAC Wholesale Processing, 8900 Freeport Parkway, Irving, TX 75063-2409 |
| 5106960 | + | New Day Products, 1704 N. Main Street, Pocatello, ID 83204-2599 |
| 5106963 | + | Nissan Motor Accept. Corp., PO Box 660360, Dallas, TX 75266-0360 |
| 5106965 | | Nissan Motor Accept. Corp., PO Box 660620, Attn: Commercial Credit, Dallas, TX 75266-0620 |
| 5124597 | + | Nissan Motor Acceptance Corporation, c/o Severson & Werson, A Profession, attn: Donald H. Cram, One Embarcadero Center, Suite 2600, San Francsico, CA 94111-3715 |
| 5106967 | + | North Shore Agency, 270 Spagnoli Road, Ste. 110, Melville, NY 11747-3515 |
| 5106968 | + | NorthWestern Energy, 11 E. Park. St., Butte, MT 59701-1711 |
| 5106969 | + | Novus Glass, PO Box 462, McCammon, ID 83250-0462 |
| 5113151 | + | Nwestco LLC, 115 Industrial Court, Kallispell, MT 59901-7991 |
| 5106970 | + | O'Reilly Auto Parts, 1233 Yellowstone, Pocatello, ID 83201-4313 |
| 5124499 | + | O'Reilly Automotive Stores Inc, Attn: Credit, PO Box 1156, Springfield, MO 65801-1156 |
| 5161752 | | PGW Auto Glass, PO Box 775583, Chicago, IL 60677-5583 |
| 5161751 | + | PGW AutoGlass, 51 Dutilh Road, Ste 310, Cranberry Twp. PA 16066-4150 |
| 5121469 | | PacificSource Health Plans, Attn: Claims Refund Team, PO Box 7068, Springfield, OR 97475-0068 |
| 5106971 | + | PacificSource Health Plans, PO Box 71096, Springfield, OR 97475-0182 |
| 5106972 | + | Performance Outdoor, PO Box 4983, Pocatello, ID 83205-4983 |
| 5106973 | + | Pioneer Lender Trustee Serv., 8151 W. Rifleman St., Boise, ID 83704-9003 |
| 5106974 | + | Pioneer TItle Co. of Bannock, 135 N. Arthur, Pocatello, ID 83204-3106 |
| 5106975 | | Pitney Bowes Purchase Power, PO Box 371874, Pittsburgh, PA 15250-7874 |
| 5106976 | + | Porter's Office, 435 West Center, Pocatello, ID 83204-3241 |
| 5135266 | + | Premier Forty Financial, LLC, 2701 Sunset Ridge Dr., Suite 701, Rockwall, TX 75032-0243 |
| 5106977 | + | Quality Foods Distributing, PO Box 11703, Bozeman, MT 59719-1703 |
| 5123788 | + | Qwest Corporation dba CenturyLink, Attn: CenturyLink Communications, LLC -, 1025 EL Dorado Blvd, Broomfield, CO 80021-8254 |
| 5106978 | + | Rebecca and Shane Parrow, 27 Stillwater Drive, Absarokee, MT 59001-6239 |
| 5106979 | + | Robert Allard, 307 S. Billings Blvd. #64, Billings, MT 59101-4721 |
| 5106980 | + | Robert T. Allen, 9075 Stoney Creek Rd., Pocatello, ID 83204-7242 |

District/off: 0976-4                          User: klemmon                          Page 4 of 6

Date Rcvd: Jan 04, 2021                       Form ID: pdf042                        Total Noticed: 215

| | | |
|---|---|---|
| 5115954 | + | Rocky Mountain Truck Access, PO Box 80844, Billing, MT 59108-0844 |
| 5106981 | | Rogers Machinery Company, PO Box 230429, Portland, OR 97281-0429 |
| 5106982 | + | Santander Consumer USA, 5201 Rufe Snow Dr., Ste. 400, North Richland Hills, TX 76180-6036 |
| 5106983 | + | Santander Consumer USA, PO Box 744725, Atlanta, GA 30374-4725 |
| 5106984 | + | Scripps Center, 312 Walnut St., Cincinnati, OH 45202-4067 |
| 5106985 | + | Sky Blue Industries, Inc., 760 W. Exchange Rd., Ogden, UT 84401-1238 |
| 5122551 | | State of Montana, Motor Vehicle Division, PO Box 201431, Helena, MT 59620-1431 |
| 5106987 | | Sunrise Credit Services, Inc, PO Box 9100, Farmingdale, NY 11735-9100 |
| 5106988 | + | Susan K. Edick, 3439 Blue Heron St., Helena, MT 59602-0534 |
| 5106990 | + | Swire Coca-Cola, USA, 12634 South 265 West, Draper, UT 84020-7931 |
| 5106989 | + | Swire Coca-Cola, USA, PO Box 413121, Salt Lake City, UT 84141-3121 |
| 5106991 | | TD Auto Finance, Mail Code MI1-012-11D, PO Box 9218, Farmington, MI 48333-9218 |
| 5106992 | + | Teton Honda, 1921 Hurley Dr., Pocatello, ID 83202-1903 |
| 5106994 | + | The Carmedic, 4521 Hedge Rd., Roxana, IL 62084-2735 |
| 5106995 | + | The Smith Group Chevrolet, PO Box 1896, Idaho Falls, ID 83403-1896 |
| 5115955 | + | The Third Element, Inc., 3116 E. Lyndale Ave., Helena, MT 59601-6445 |
| 5106996 | + | Tidalwave Car Wash, 115 Industrial Ct., Kalispell, MT 59901-7991 |
| 5106997 | + | Tire Depot, 55528 US Hwy 93, Polson, MT 59860-8193 |
| 5106998 | + | Tri County Disposal, 3630 York Road, Helena, MT 59602-8815 |
| 5106999 | + | Tyler Allen, 316 W. 200 S. Apt. 402, Salt Lake City, UT 84101-1451 |
| 5117545 | + | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 5107000 | + | US Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 5107001 | | US Bank Equipment Finance, PO Box 790448, Saint Louis, MO 63179-0448 |
| 5107002 | + | US Bank Equipment Finance, SL-MO-C1WS, 1005 Convention Plaza, Saint Louis, MO 63101-1229 |
| 5107003 | + | Valley Bank, 3030 Montana Ave., Helena, MT 59601-0551 |
| 5124521 | | Valley Bank of Helena, PO Box 5269, Helena, MT 59604-5269 |
| 5107004 | + | Valley Office Systems, 2050 1st St., Idaho Falls, ID 83401-4469 |
| 5107007 | | VinSolutions, P Box 935595, Atlanta, GA 31193-5595 |
| 5107006 | | VinSolutions, 3400 New Hyde Park Rd., New Hyde Park, NY 11042-1226 |
| 5107008 | + | Whitehall's Alpine Distrib., PO Box 298, Belgrade, MT 59714-0298 |
| 5107010 | + | XPO Logistics Freight, Inc., PO Box 982020, North Richland Hills, TX 76182-8020 |
| 5107009 | | XPO Logistics Freight, Inc., 29559 Network Place, Chicago, IL 60673-1559 |
| 5107011 | + | XPO Logistics Freight, Inc., 9151 Boulevard 26 Bldg. A, North Richland Hills, TX 76180-5600 |

TOTAL: 194

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ase@severson.com | Jan 05 2021 00:57:00 | Andrew S Elliot, Severson & Werson, P.C., One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715 |
| 5106842 | + | Email/Text: arlegal@amtrustgroup.com | Jan 05 2021 00:57:00 | AmTrust North America, 800 Superior Ave. E, Cleveland, OH 44114-2601 |
| 5106861 | + | Email/Text: bankruptcy@bfscapital.com | Jan 05 2021 00:57:00 | BFS Capital, 3301 N. University Dr., Suite 300, Coral Springs, FL 33065-4149 |
| 5106862 | + | Email/Text: rmckay@biehlcollects.com | Jan 05 2021 00:57:00 | Biehl Biehl, 325 E. Fullerton Ave., Carol Stream, IL 60188-1865 |
| 5106864 | + | Email/Text: updates@brennanclark.com | Jan 05 2021 00:57:00 | Brennan Clark, 721 East Madison St. Ste 200, Villa Park, IL 60181-3083 |
| 5106865 | | Email/Text: rwild@c2cresources.com | Jan 05 2021 00:56:00 | C2C Resources, 56 Parimeter Center East, Ste. 100, Atlanta, GA 30346 |
| 5106871 | + | Email/Text: carfaxbankruptcies@carfax.com | Jan 05 2021 00:57:00 | CARFAX, 5860 Trinity Pkwy #600, Centreville, VA 20120-1998 |
| 5115952 | + | Email/Text: banko4@cpicollects.com | Jan 05 2021 00:57:00 | CPI Collection Prof. Inc., 3104 West Broadway, Missoula, MT 59808-1614 |
| 5106868 | | Email/Text: cms-bk@cms-collect.com | Jan 05 2021 00:57:00 | Capital Management Services, 698 1/2 S. Ogden Street, Buffalo, NY 14206-2317 |

District/off: 0976-4                          User: klemmon                                Page 5 of 6
Date Rcvd: Jan 04, 2021                       Form ID: pdf042                              Total Noticed: 215

| 5106875 | + Email/Text: bmg.bankruptcy@centurylink.com | | |
| | | Jan 05 2021 00:57:00 | CenturyLink, PO Box 91155, Seattle, WA 98111-9255 |
| 5106894 | Email/Text: Bankruptcy@coxinc.com | | |
| | | Jan 05 2021 00:57:00 | Dealertrack, 3400 New Hyde Park Rd., New Hyde Park, NY 11042 |
| 5106912 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | Jan 05 2021 00:57:00 | Flagship, 3 Christy Dr. Ste. 201, Chadds Ford, PA 19317-9670 |
| 5122804 | Email/Text: bk@iccu.com | | |
| | | Jan 05 2021 00:57:00 | Idaho Central Credit Union, PO BOX 2469, Pocatello, ID 83206 |
| 5106925 | + Email/Text: bankruptcynotices@tax.idaho.gov | | |
| | | Jan 05 2021 00:57:00 | Idaho State Tax Commission, PO Box 36, Boise, ID 83722-0036 |
| 5106926 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jan 05 2021 00:57:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5106932 | + Email/Text: srivera@jnacollect.com | | |
| | | Jan 05 2021 00:57:00 | Jonathan Neil Assoc., Inc., 18321 Ventura Blvd. Ste 1000, Tarzana, CA 91356-4255 |
| 5106945 | + Email/Text: CreditAdministration.department@lawsonproducts.com | | |
| | | Jan 05 2021 00:57:00 | Lawson Products, 8770 West Bryn Mawr Ave., Ste. 900, Chicago, IL 60631-3780 |
| 5106944 | + Email/Text: CreditAdministration.department@lawsonproducts.com | | |
| | | Jan 05 2021 00:57:00 | Lawson Products, PO Box 809401, Chicago, IL 60680-9401 |
| 5106954 | Email/Text: mitchell1.snapon.finance@mitchell1.com | | |
| | | Jan 05 2021 00:57:00 | Mitchell1, 25029 Network Place, Chicago, IL 60673-1250 |
| 5106961 | Email/Text: suzie.solden@nsfal.com | | |
| | | Jan 05 2021 00:57:00 | New Start Financial, PO Box 709473, Sandy, UT 84070 |
| 5106986 | + Email/Text: BANKRUPTCIES@CABLEONE.BIZ | | |
| | | Jan 05 2021 00:57:00 | Sparklight, PO Box 78000, Phoenix, AZ 85062-8000 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | | Greg Johnston |
| cr | | Nissan Motor Acceptance Corporation |
| 5106844 | | Andreanna Garzia, Unknown Address |
| 5139269 | | Idaho State Tax Commission PO Box 36 Boise ID 8372, Johnson Mark P.O Box 3023 Meridian ID 83, Machol and Johnnes LLC P.O. Box 170579 B, Dish Network 9601 S. Meridian Blvd. Engl, Verizon Wireless 140W. State St New York, Medical Recovery Services 430 Shoup Ave. |
| 5106853 | *+ | Balboa Capital Corporation, 575 Anton Blvd. 12th Floor, Costa Mesa, CA 92626-7685 |
| 5106964 | *P++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366, address filed with court:, Nissan Motor Accept. Corp., 990 W. 190th St., Torrance, CA 90502 |
| 5106993 | ##+ | Teton Hundai, 1350 Yellowstone Ave., Pocatello, ID 83201-4316 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0976-4            User: klemmon            Page 6 of 6

Date Rcvd: Jan 04, 2021            Form ID: pdf042            Total Noticed: 215

Date: Jan 06, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Wayne Newman | on behalf of U.S. Trustee US Trustee ustp.region18.bs.ecf@usdoj.gov |
| Donald H Cram | on behalf of Creditor Nissan Motor Acceptance Corporation dhc@severson.com |
| Gary L Rainsdon | on behalf of Trustee Gary L Rainsdon trustee@filertel.com id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com |
| Gary L Rainsdon | trustee@filertel.com  id12@ecfcbis.com;lori@filertel.com;cblackburn@filertel.com;jhancock@filertel.com |
| Jeffrey E Rolig | on behalf of Creditor Balboa Capital Corporation jrolig@roliglaw.com |
| Laurie Cayton | on behalf of U.S. Trustee US Trustee laurie.cayton@usdoj.gov |
| Laurie A Cayton | on behalf of U.S. Trustee US Trustee laurie.cayton@usdoj.gov |
| Louis Vaughn Spiker | on behalf of Creditor U.S. Bank National Association lvs@magicvalleylaw.com |
| Mark A Ellingsen | on behalf of Creditor Nissan Motor Acceptance Corporation mae@witherspoonkelley.com brendam@witherspoonkelley.com;aimeem@witherspoonkelley.com |
| Matthew Todd Christensen | on behalf of Creditor Robert E Allen mtc@angstman.com mtcecf@gmail.com;megan@angstman.com;mlanderson@angstman.com;abbie@angstman.com;ecf@angstman.com;atty_christensen@bluestylus.com;christensenmr81164@notify.bestcase.com |
| Melinda Willden | on behalf of U.S. Trustee US Trustee Melinda.Willden@usdoj.gov |
| Steven L Taggart | on behalf of Debtor Robert Allen Auto Group  Inc. staggart@maynestaggart.com, rparson@maynestaggart.com;Taggartoffice01@gmail.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 13